UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

RECEIVED

MAY 1 7 2012

THOMAS G BRUTON
CLERK, U.S DISTRICT COURT

Anthony Boyce R52162
P.O.Box 112
Joliet Illinois 60434

12 C 3840
Judge Milton I. Shadur
Magistrate Judge Young B. Kim

X
_____

Complaint Under The Civil Rights Act,Title Section 1983
U.S.Code(State,county,or municipal defendants.)

-Vs-

Defendants: A. Salvador A.Godinez
Director of I.D.O.C
1301 Concordia Court
Springfield Illinois 62794-PLace of employment

B.Sarah Johnson
Member of ARB Board
1301 Concordia Court
Springfield Ill 62794-Place of employmen

C.Lisa Weitekamp
Freedom of Information Officer
1301 Concordia Court
Springfield Ill 62794-Place of employment

D.Marcus Hardy
Stateville C.C Head WArden
P.O.Box 112
Joliet ill 60434-Place of employment

e.John Doe
Sergeant at Stateville C.C
P.O.Box 112
Joliet Ill 60434-Place of employment

F.Mark Hale
Ceo Wexford Health Sourees Inc.
425 Holiday Drive-Foster plaza
Pittsburg,PA 15220

Defendants: G.I.Carter
              Medical Director at Stateville C.C
              P.O.BOX 112
              Joliet Ill 60434-Place of employment

        H.L.Williams
          Doctors Assistant at Stateville
          P.O.BOx 112
          Joliet Ill 60434-Place of employment

        I.John Doe
          Psychiatrist at Stateville C.C
          P.O.Box 112
          Joliet Ill 60434-Place of employment

        J.John Doe
          Psychiatrist at Stateville CC
          P.O.Box 112
          Joliet Ill 60434-Place of employment

        K.Sytera Sanders
          Counselor at Stateville
          P.O.Box 112
          Joliet Ill 60434-Placx of employment

        L.Brenda Jerz
          Records Office at Stateville
          P.O.Box 112
          Joliet Ill 60434

        M.Anna McBee
          Grievance Officer at Stateville
          P.O.BOx 112
          Joliet Ill 60434-Place of employment

        N.Coaleen Franklin
          Grievance Officer at Stateville
          P.O.Box 112
          Joliet Ill 60434-Place of employment

        O.Margaret A Hamburg
          Commissioner for **Food and Drug** Administration
          10903 New Hampshire Ave.
          Silver Spring MD 20993-Place of employment

        P.Deborah M.Autor
          Deputy Commissioner of Global Regulatory operations
          And policy of food and drug administration
          10903 New Hampshire Avenue
          Silver Spring MD 20993-Place of employment

        Q.Jeesse.1.Goodman
          Chief Scientist and Deputy commissioner for Science
          and Public Health of food and drug Admin.
          10903 New Hampshire Ave.
          Silver Spring MB 20993-Place of employment

Defendants: R.Molly Muldoon
Acting Deputy Commissioner for operations/Acting chief
operating officer of food and Drug administration
10903 New Hampshire Ave.
Silver Spring MD 20993-Place of Employment

S.Stephen P.SPielberg
Deputy Commissioner For Medical Products and Tabacco
of food and drug admin.
10903 New Hampshire Ave.
Silver Spring MD 20993-Place of employment

T.Jackie Martella
President/Ceo of Boswell Pharmacy Services
131 School House Road
Jennerstown PA 15547-Place of employment

U.Kathleen Martella
Chief Admin. Officer of Boswell Pharmacy Services
131 School House Road
Jennerstown PA 15547-Place of employment

V.Gary Prybozie
Purchasing Manager of Boswell Pharmacy Service
131 School House Road
Jennerstown PA. 15547-Place of employment

W.John Doe's
CEO/President?Chairmans of the Pharmacuetical company
whom makes the Drug_Trazodone
Place of employment=Unknown

X.John Does
CEO/President/Chairman's of The Pharmacuetical company
whom makes the drug-Remeron
Place of employment-Unknown

## STATEMENT OF FACTS

Plantiff was present at the Stateville C.C Health Care Unit, scheduled have a Therapy Session with the Psychologist Dr. Woods. Plantiff informed Dr. Woods of his Chronic Sleep Deprivation problems, Dr. Woods refferred plantiff to the Defendant-Psychologist Dr. Kelly. Shortly afterwards in the early part of 2011, Plantiff was present at the Health Care Unit having his scheduled appointment with the Defendant-Dr. Kelly. In which Plantiff greatly expressed to the Defendant-Dr. Kelly that he was not interested in consuming any Pysch Medicattions, due to the rumors of them having dangerous side effects. Plantiff informed Dr. Kelly that he was only interested in the verbal mental medication therapy that Dr. Woods provided to him. Defendant Kelly stated to Plantiff, its only one treatment that you're going to recieve at Stateville, thats the Psychotrohic medication. Plantiff then explained to Dr. Kelly, that Dr. Woods had told plantiff that he would treat the plantiff with the Verbal Mental Medication Therapy. Dr. Kelly stated "Thats out of the question of medication treatment, it does'nt exist, its only in your mind." Plantiff then asked Dr. kelly while plantiff was under duress from improper sleep, was forced to accept the anti-depressant medication called Remeron. Plantiff asked Defendant-Kelly, "What are the side effects of this anti-depressant drug-Remeron". Defendant Kelly stated to plantiff that" The side Effects of Remeron are just an increase in appetite. Shortly after plantiff consumed the powder form of Remeron. Plantiff experienced a **Massive Migraine headache, Blurred Vision, trouble swallowing, short term memory loss, Dizziness upon standing, eye pains.**

On October 28 2011, Plantiff was present at the Stateville C.C Health Care Unit. While at a scheduled appointment with Defendant-Dr Kartan, around 12:10 p.m, plantiff was asked to sign documentation to waive his rights to file a Lawsuit by Defendant-Kartanų Plantiff declined to sigŋ, defendant Dr. Kartan went into a tirade, shouting at plantiff in a harsh tone of voice, saying "You've been writting up my boss, you're attempting to file a lawsuit, you ain't going to get a dime", "I am writting your vital signs in your chart, other inmates will say anything that staff here tells them to say in our defense for a sandwich." Plantiff explained to defendant, Dr. K Kartan that his eyes hurțed, about his headaches, dizziness upon standing, short term memory loss, troubles swallowing. Defendant-Kartan stated to plantiff "You're going to keep taking this psychotrohic medication." Plantiff stated to defendant Dr. Kartan that "He did'nt want the medication

because it caused him injury." Dr. Kartan then called Defendant Sergeant
Nash,Sgt Nash came running to the back part of the the Stateville Health
Care Unit. Defendant Sergeant Nash placed handcuffs on plantiff aggressively
and tightly around plantiff's wrist cutting off circulation in his left
hand. Plantiff alerted in an idyllic manner to defefendant-Sgt Nash,Verbally
saying "Sgt Nash,my cuffs are too tight,my wrist is hurting me. Defendant
Nash reply was "Shut up **Chump**", Sgt Nash aggressively started screaming
saying:"I can give a damn whether you did anything to violate prison poli-
cies or not chump." While defendant SGt Nash placed plantiff in a seperate
holding area of Stateville health care unit. (Holding area is jail slang,
referring to the bullpen that inmates are held during transition through
the institution)  In seeing and hearing Distance of Prison staff and other
inmates,the plantiff was left in handcuffs for approximately an hour or
so. While in handcuffs, defendant Nash stated to plantiff "We can do it
  if you want to" (In prison slang this means We Can Fight) Defendant
Nash tried tooprovoke plantiff into an confrontation,instead plantiff
stated that "I am not going to help you get a vacation with paid days off
work by physically fighting with you." Plantiff informed defendant Nash
felt as if his wrist was broken from the tightly placed handcuffs. He also
stated to Nash that his eyes hurted,his head was hurting. Sgt Nash denied
plantiff's request to medical attention. Sgt Nash also never issued the
plantiff a Disciplinary Ticket for a Segregation infraction. This was an
attempt to cover up the entire incident on October 28 2011 on the 7/3
shhift at the Stateville Health Care Unit, Maliciously and Sadistically
mistreated plantiff.

On November 9 2011 plantiff was housed in Stateville C.C, living unit
of E in cell 522. Approximately 9:00 pm,an un-known nurse John Doe was
dispensing medications arrived at plantiff's cell with officer C.Terry
escorting defendant John Doe. The unknown nurse attempted to give plantiff
psychotrohic medicine in the amount of fifty miiligrams of powder **Trazadone.**
Plantiff explained to defendant nurse John Doe that he was having migraine
headaches,blurred vision,dizziness upon standing,trouble swallowing,short
term memory loss, all the result of being forced to take the exact psych
medication  that you're attempting to give me. Defendant John Doe stated
to plantiff in an aggressive monotone of voice stating "Of course Wexford
Health ,Boswell Pharmacy Service,Dr. Kelly are the medicine manufacturers
of  the drug Trazadone,Remeron, Even I Know that Trazadone,Remeron causes
extreme injury  to humans.  Plantiff asked the defendant John Doe?nurse

that works for Wexford Health Services,plantiff asked for health care
services. Defendant nurse-John Doe declined to offer plantiffs request for
health care in an disruptive tone,maliciously and sadistically. While def-
endant nurse John Doe knew plantiff was in massive pain and suffering,
defendant violated the plantiff's U.S Constitutional Rights.

On November 24 2011 plantiff was present at the Stateville C.C health
Unit for another scheduled appointment with the defendant Dr Kartan,while
plantiff was conversing with the defendant kartan,plantiff once again stated
that he no longer wanted to take any anti-deppressant medications, Plantiff
reminded the defendant Dr. Kartan that in a prior session, I explained to
you what effects that this medication was having on me. Again, I am still
experiencing Blurred vision,headaches,eye pains,and dizziness upon standing,
as well as trouble swalowing,short term memory loss. all a result of taking
defective,harmful psychotrohic medicine,Trazodone,Remeron. Defendant Dr.
Kartan notified plantiff saying "You better keep taking that Trazodone,I
am just going to turn your dosage down from 75 milligrams a pill,to 50
milligram pills." Plantiff left in fear from that last episode at the hos-
pital on October 28 2011.

In December,while plantiff was present in his cell (522 of E-House),
approximately 9:00 pm. Defendant John Doe nurse  was passing out medication
and stopped at plantiff's cell. Plantiff asked John Doe nurse,"How long
are you all going to keep getting away with not putting warning labels on
the medications. Deliberately inflicting pain on me with defective medicines.
" The unknown Defendant John Doe stated to plantiff "Its zero you could do
You're in prison,you cant vote,you have no freedom,no rights. Besides what
can you Boyce say to prove that we, Wexford Health Sourees employees,Boswell
pharmacy services employees,Medicine Manufacturers employees that we had
any knowledge of the risk to your health from us distributing defective
medications. Plantiff then informed defendant nurse John Doe ,that the
officer C.Terry whom escorted you felt that your actions to me was so mali-
cious and reckless. C/O C. Terry signed an written statement against you.
Plantiff showed defendant  John Doe nurse plantiff's statement with c/o
C.Terry's signature. Defendant nurse John Doe then told plantiff that I
have numerous copies of this,just in case you try to send prison officials
in my cell to try to consficate it. Officer Terry has exposed your secret

covert plot of dilibertly sadistically conspiring with wexford health care officials,drug manufacturer officials,Boswell pharmacy to inflict pain and suffering through defective harmful med's,Trazodone,Remedon. Defendant's face was plagued with disgust,defendant unknown nurse then forced the plantiff to take the defective harmful medicine,a fifty milligram pill of Trazodone. Defendant stated "If you dont take the medicine,then you will recieve a Disciplinary infraction for Disobeying a direct order. So despite defendants knowledge that plantiff suffered from being exposed to defective meds on prior incidents. Plantiff informed defendant Nurse John Doe that he needed medical treatment. Defendant nurse john Doe denied plantiff.

On January 19 2012,plantiff was present at the Stateville Health Care unit to have a scheduled appointment with the psychologist Dr. Woods in which plantiff opened up mentally to Dr. Woods explaining to Dr. Woods that he was the target by medical staff and prison officials in retaliation while at the stateville C.C Health Care unit on October 28 2011. DEfendants, Dr. Kartan,Sgt. Nash. Defendant Kartan attempted to have plantiff sign documentation and when plantiff refused. Then defendant Dr. Kartan went into a tirade calling defendant Sgt Nash whom retaliated against plantiff causing injury to plantiff's wrist and then refussing to give plantiff health care treatment,challenging plantiff to a fight on October 28 2011. Dr. Woods stated to plantiff that he was devoted in professional work ethic and bound by his duties,he had to investigate the matter to see if plantiff was telling the truth about the incident that transpired on October 28 2011. Dr. Woods investigated plantiffs story by asking co-workers of his. He found out that plantiff was targeted and denied medical treatment,and that Defendants Kartan,Sgt. Nash did'nt write a disciplinary infraction in an effort to conceal the entire incident by sweeping it under the rug. Covertly Dr. woods felt that it was so indignant that Dr. Woods signed a statement as a witness in plantiff's defense,dated January 19 2012. Dr. Woods asked plantiff did he file a grievance,plantiff answered that he filed grievances through Stateville C.C internal grievance system.

On February 8 2012,approximately 9:00 pm,defendant john Doe nurse while passing out prescription medication on Five gallery of E-house stopped in front of cell 522 which is plantiff's cell. The same nurse from prior experiences after plantiff has stated openly through grievance and letter to mark Hale,Ceo of Wexford Health Sourees,medical director of Wex-

ford Carter,Dr Kelly,Dr. kartan,Warden Marcus Hardy,I.D.O.C director S.
Godinez,Sarah Johnson ARB member,Counselor S.Sanders. Plantiff stated to
defendant nurse John Doe that he did'nt want any anti depressant medication
and that he the plantiff was suffering from injurries,blurred vision,eye
pain,dizziness upon standing,migrane headaches,trouble swallowing,short
term memory loss,it was diliberately and maliciously ignored. Plantiff
 stated to nurse defendant John Doe that he's wrote letters also to
Boswell Pharmacy  alerting them of what they already knew numerous times
from plantiff,to stop providing defective medication,Trazodone and Remeron
which intentionally inflicts pain causing injury,plantiff explained that
he had wrote the federal Food and Drug Administation in regards to them,
to not allow Boswell Pharmacy Service and Wexford Health Sourees and Med-
icine Manufacturers to stop making the defective drugs.Its been to no
avail. Deliberately ignored plantiff was cut off by defendant John Doe ,
the nurse saying "Stop your crying Boyce,now your little inmate loving
good samaritaanofficer C.Terry is'nt around to tell on me tonight,we have
a Code of Silence around here with co-workers we help eachother -now take
this medication,dont be shy." Plantiff refused,then defendant John Doe
threatened to write plantiff up for a Disciplinary segregation  infraction.
plantiff  took  the defective harmful medicine ,then nurse walked off
saying enjoy your medicine.  Defendant forced plantiff to take the harmful
meds deliberately and sadistically. Plantiff started crying in pain,suffer-
ing from dizziness upon standing,blurred vision,migraine headaches,trouble
swallowing,short term memory loss.

    On February 29 2012 plantiff was scheduled to see defendant Dr. Kelly
to have a scheduled appointment. Plantiff asked Dr. kelly why he was writting
false statements in plantiffs medical file saying plantiff was a no show
on February 21 2012,Feb.14.2012,knowing that you sent plantiff late
hospital passes. Defendant Dr. Kelly said "You can't prove it" Defendant
Dr. Kelly  said to plantiff."you see when you started writting my boss
complaining last time. Dr Kartan and I put Sgt. Nash on you,How is that
wrist treating you. If you file a lawsuit ,I will never admit to any wrong
doing" Plantiff explained to defendant Dr. Kelly that his eyes hurted,
blurred vision,migraine headaches from the medicines of Trazadone and
Remeron. Plantiff asked defendant Kelly why would you prescribe me medic-
ations Trazadone ,Remeron  knowing that they cause injury. Defendant Kelly
responded saying "I did'nt write the movie,i'm just in it. It's a billion

dollar a year business,your eyes hurt,your head hurts,really who in actu-
allity cares. Yes indeed Boswell is Statevilles pharmacy service,whom
serves inmates here. Yes indeed they know that the meds are defective. I
am a Psychiatrist,I prescribed you the medication Trazadone,Remeron. Yes
indeed i knew it was a possible risk of injury,no I did'nt inform you of
the side effects. Yes indeed the pharmauetical companies know the drugs,
Trazodone,Remeron was defective in some patients. Its clinical trials that
show that. Defendant Dr. Kelly continued  to inform plantiff that his pre-
stigous attorneys would get the case thrown out,it would'nt make it to
trial,and that plantiff was nothing more than an un-educated crack baby
because he was born in the 80's,plantiff so upset kept his thoughts and
comments to himself and walked off so plantiff would'nt say anything un-
pleasant to Defendant Dr. Kelly.

Plantiff wrote defendants letters and grievances in good faith to ex-
haust plantiff's Administrative remedies through Stateville internal grie-
vance system. Defendant Counselor S.Sanders,Grievance officers Colleen F
Franklin/A. McBee, Warden Marcus Hardy,ARB Member,Sarah Johnson,Director
of I.D.O.C S.Godinez hindered plantiff's grievance proceedure. Plantiff
even wrote to the attorney generals office asking the atty General to rec-
tify the the growing grievance problem in Stateville with prison officials
hindering inmates like plantiff grievances. Atty General wrot plantiff back
saying basically we work for the state officials and cant help you.

Plantiff was denied health Care for months after writting  grievances
and letters. He dropped Medical Request in unit Medical Box and was delib-
erately denied Health Care by the following defendants,Dr. Carter,Dr.
Williams,Ceo Mark Hale,Warden Marcus Hardy,Director S. Godinez. Plantiffs
has been complaing writting request and grievances regarding his blurred
vision,Migraine headaches,,trouble swalowing,Dizziness upon standing,my
wrist injury,which all stems from regarding the same on going  defendant.
On April 6 2012,the defendant provided health care for the first time,they
prescribed a medication called Analgesic Balm,its a muscular pain reliever
cream(It some what helped my wrist).

Plantiff in good faith has sent letters to the U.S Food and Drug Ad-
ministration. Margaret A.Hamburg,Deborah.M.Autor,Jesse 1.Goodman,Molly
Muldoon,Spielberg asking defendants to force pharmaceutical Companies
Of Trazodone,Remeron to stop the sell of the defective medicines that ca-

used and inflicted  pain on patients such as the plantiff and to start
making  Boswell Pharmacy Service employees and officials to stop selling
the hazardous defective meds of Trazodone and Remeron inflicting pain on
plantiff. Plantiff asked defendants to start putting warning labels on the
psych medications side effects. Defendants knew the drugs,medicines-Traz-
odone,Remeron caused substantial risk to patients and ignored that risk
for finacial gain diliberately causing and and inflicting pain maliciously.
Defendants inadequately FDA approved the drugs Trazadone,Remeron,ignoring
plantiffs request through letters,plantiff stated that he was ill as a
direct result of the harmful meds.

    Claim(1),Defendants deliberately and sadistically violated plantiffs
8th Amendmant Right to be free from Cruel and unusual punishment,which is
garanteed by the United States Constitution. Plantiff suffered a violation
of his 8th amendmant right when defendants working in conspiracy with
prison officials to inflict pain  on plantiff through the use of  harmful
and defective medication. Psychotrohic medicines called Trazodone,defend-
ants Dr. Kartan and Dr. Kelly prescribed plantiff  defective medicine Tra-
zodone solely to inflict pain due to the fact defendants Kelly,Kartan knew
of a substantial possible risk to plantiffs health would possibly diminish
from the anti-depressant psych medicine-Trazodone. Prior to giving plantiff
said medication the defendants disregaurded the risk to plantiffs health
working in conspiracy to hide dangerous side effects causing plantiff need-
less pain and suffering in the process of this malicious act. This is a
blatant disregard to the plantiff 8th amedment right to be free from cruel
and unusual punishment garanteed by the U.S.COnstitution. Plantiff still
up to today suffers from the results of being victimized by being provided
these defective harmful medications Trazodone,Remeron. Plantiff suffers from
Migraine headaches,Eye pains,Blurred Vision,Dizziness upon standing,Short
term memory loss,Trouble swallowing. This was maliciously done to plantiff
with the intention to inflict pain by the above listed defendants.

    Defendant Mark Hale is the Ceo of Wexford Health Sourees inc. whom has
a contract with Stateville C.C to provide medical treatment to the inmates,
these duties include prescribing medication that will  **CURE** the individual
and not cause further harm as it did in the plantiffs case. Mark Hale was
alerted by the plantiff in regards to his underlings,which defendant Mark
Hale already had prior knowledge that they were dispensing these harmful

drugs to inmates housed here at the Stateville C..,these medications incl-
ude the drus(s),Trazodone and Remeron. Niether drugs have warning label
that alerts the plantiff of its harmful side effects so that he may have
a **CHOICE** if he want to take the drug or not. This is done in an atteempt
to hide its deadly side effects in the name of profit rather then the
over-all health and well being of the recipient of these harmful drugs.
Mark Hale,the Ceo of Wexford health sourees had the powers at anytime to
cease in the purchasing and dispensing these harmful,defective medicines(
Trazodone,Remeron) Defendant Mark Hale knew of the substantial risk to
plantiff  or any other person who will be forced to consume these drugs,
oblivious to their harmful side effects because of the lack of warning la-
bels. Had the drugs-medications that defendant was prescribed had such la-
bel,then he would have knew beforehand that it would cause him to have
blurred vision,,migraine headaches,dizziness upon standing,short term mem-
ory loss,trouble swallowing. These dangerous side effects read off like
a movie credit. Had plantiff knew of these beforehand,then he would have
**NEVER** taken the drugs,instead opting to take the disciplinary action thre-
atened to him by defendant(s) dispensing these medications. These drugs
have even caused death to consumers. Despite these above listed dangers,
in which defendant Mark Hale had **PRIOR** knowledge of. . Disregourded these
dangers in the name of profit,defendant(s) greed  inflicted needless pain
and suffering to plantiff this is a a violation of the plantiff's 8th amen-
dmant right.

   Defendant Nurse-John Doe knew of the health risk to plantiff's health
and disregaurded the risk to plantiff's health as he dispensed these harm-
ful drugs on numerous occassions,even going as far as to threaten plantiff
with disciplinary action if he did not take these med's. Nurse-John Doe
did this to solely inflict needless pain and suffering upon plantiff,
working in conspiracy to deprive plantiff of his constitutional right to
be free from cruel and unusual punishment garnteed to plantiff by the 8th
admendmant of the United States Constitution. Nurse-John Doe worked under
the direction of Mark Hale,I. Carter-Director,Dr. Kartan,Dr. Kelly, Nurse-
John Doe intentionally and maliciously inflicted needless pain and suffer-
ing to plantiff.

Defendant-Warden Marcus Hardy was alerted by plantiff through grievances and letters. He diliberately ignored plantiff's complaints that was wrote in good faith to Defendant Director of Illinois Department of Corrections S.Godinez who I notified through letters and grievances in regards to plantiff's discovery of of defendants-Boswell Pharmacy Services officials/Wexford Health Sourees inc. officials/Medicine Manufacturers was working in conspiracy to dispense cheaper defective harmful medications such as Trazodone and Remeron. Deliberately concealing warning labels for finacial gain even after knowing of the substantial risk to plantiff's health. These cheaper defective medications cause blurred vision,eye pains,Dizziness upon standing,Shrt term memory loss,Migraine headaches,Trouble swallowing. Defendant-Warden Hardy duties consist of maintaining control, keeping ever inmate under his watch safe from HARM,Exploitation,provide adequate medical Treatmement. Warden Hardy could've at anytime stopped Defendants-Mark hale ,Dr. Carter,Dr. Kelly,Dr. Kartan,Nurse-John Do,Boswell Pharmacy Services , Chief Admin.Officer-Kathleen Martella,President/Ceo of Boswell Pharmacy-Jackie Martella R.ph,Boswll purchasing manager Gary Pribozie .At anytime Warden Hardy could've stopped them from dispensing these defective harmful drugs within his facility. I.d.O.C Director-S. GOdinez could have at anyt time stopped them as well. Instead both partie sat back and allowed the above named defendants to dispence mharmful medications like Trazodone,Remeron without warning labels to unknowing consumers. They allowed above mentioned defendants to prescribe defective harmful medicines to solely inflict pain and suffering for monetary gain. Diliberately and maliciously defendants-Warden Marcus Hardy,Director S. Godinez disregarded plantiff grievances and letters,turning a blind eye for finacial gain,in an effort to cut cost,due to budget cuts I.D.OC have hired private companies that places profit over consumer well being. Defendants-Hardy and Godinez contracts outside of Department of Corrections so they won't have to pay for retirement pensions out of the State of ILlinois pocket. This practice has allowed plantiff to be exploited maliciously and diliberately,violating plantiff's 8th admendment right garanteed by th U.S. Constitution. Defendants turned a blind eye as plantiff clinged to his life in needless pain and suffering.

Defendants-Ceo/President,Purchasing Manager, Chief Admin. Officer, Kathleen Martella,Gary Prybozie,Jackie Martella R.ph,all had knowledge of the defective harmful anti-depressant drugs-Trazodone,Remeron was harmful

to plantiff andothers that were en-trusted to their care. Defendants had full knowledge of the substantial risk that these drugs cause to consumers health causing massive injuries such as blurred vission,memory loss,eye pains,migraine headaches and in some cases Death. After plantiff was inju ured,he notified the defendants-Boswell Pharmacy,Kathleen Martella,Gary Prybozie,Jackie Martella about the defective medicine-Trazodone. Plantiff concerned about his and others well being asked defendant questions about these medications in question. Plantiff also asked defendants could they begin to place warning labels on their medications,and to stop purchasing from from certain pharmaceutical companies thats only interested in turning a profit. plantiff also asked defendants Gary Prybozie,Kathleen Martella, Jackie Martella to notify medicine manufacturers to stop selling the harm-ful defective medicines because plantiff was suffering from its side effects . Defendants has been alerted by the plantiff on numerous occassions. Above named defendants runs Boswell Pharmacy Services,which is the pharmacy of whom provides services to stateville C.C. Defendants Gary Prybozie,Jackie Martella.ph,Kathleen Martella all could have stopped dispensing the medi-cine at anytime. Instead Defendants deliberately and maliciously turned a blind eye for finacial gain,deliberately inflicting pain and suffering to plantiff,violating plantiff United States Constitution Rights 8th Amendment

Defendant(s)-John Doe/Manufacturers of the anti-depressant drug,the pharmaceutical company to whom Boswell Pharmacy Services employees, Kathleen Martella,Gary Prybozie,Jackie Martella R.ph,they purchase these harmful, defective drugs-Trazadone,Remeron that caused the plantiff to have blurred vision,eye pains,memory loss,dizzyness upon standing,migraine headaches . Plantiff is an dire pain and suffering as makers of the pharmaceutical drugs Trazodone,Remeron. Defendants was well informed that their medicines would possible cause injury to plantiff and other human beings that consumed it. Defendant(s)-John Doe/Medicine Manufacturers knew it was a risk of irre-pairable harm to patients whom consumed the drugs-Trazodone,Remeron,defen-dants-John Doe and associates Ceo,Director,president,and chairman knew of the substantial risk where in some cases patients have died as a result of defendants -John Doe ignored the potiental risk of injury through defective harmful meds,defendants sold the drugs to defendants-Boswell Pharmacy Ser-vice officials(Prybozie,J.Martella,K.Martella for finacial gain disregarding the well known substantial risk to patients health like in the plantiff's case.)

Defendants still sold the drugs-Trazodone and Remeron for finacial gain and inflicted needless pain and suffering on plantiff while working in conspiracy with the Stateville C.C,Boswell Pharmacy,it's only right that all the above named defendants share in the liability on the grounds that theirharmful medicine is what caused plantiff injuries and was distributed by other defendants whom either turned a blind eye as well as helped distribute Trazodone,Remeron deliberately to inflict pain on plantiff for monetary gain. Defendants-John Doe Medical Manufacturers did'nt put a warning label on medicines-Trazadone,Remeron in efforts to conceal the dangerous side effects working in conspiracy. This violated the plantiff 8th amendment rights. Defendants-John Doe deliberately inflicted pain to defendant by disregarding the substantial risk to plantiffs health causing irrepairable injuries-Blurred vision,migrainr headaches,,dizziness upon standing,memory loss,troble swallowing.

Defendants whom runs the United States Food and Drug Administration, Commissioner of food and drugs-Margaret a Hamburg,Deputy Commissioner of Global Regulatory Operations and Policy-Deborah M. Autor,Chief Scientist and Public Health-Jesse L.Good,Acting deputy commissioner for operations/ Acting chief operating officer-Molly Muldoon,Deputy commissioner for medical products and tabacco. Plantiff wrote all the above defendants in good faith asking them to report my injuries'suffered as a result of taking the drugs-Trazodone,Remeron. I asked above defendants to force BOswell Pharmacy service officials /Medicine manufacturers of Trazodone employee's, officials/Prison officials. Plantiff asked in good faith to compell the other defendant to stop distribute the harmful dangerous medicines,to enforce warning labels to inform consumers of dangerous side effects. Defendants from the U.S Drug and food Administration turned the blind eye because it would make them look bad because the FDA had approved an un-safe drug-Trazodone,Remeron. Continuing the infliction of needless pain and suffering to plantiff. Defendants M.Hamburg,D.Autor,J.Goodman,Molly Muldoon,Stephen knew Trazodone caused death,Blurred vision,Migraine headaches,dizziness upon standing,memory loss,and even more side effects and still continued to let the product be sold to consumers. Plantiff suffered irrepairable injuries. Defendants continued to let Boswell Pharmacy officials/Wexford health care officials/Medicine manufacturers for Trazodone/Prison officials to keep inlicting needless pain and suffering to plantiff in violation of his 8th admendment rights.

Claim(2) Defendant-Nurse John Doe forced plantiff at least on two occassions to take these defective medications threatening him with a disciplinary ticket if he refused. This violated the plantiff Due Process clause of the United States Constitution(14th Amendment) Plantiff has the right to be free from unjustified intrusions into plantiffs body. Which includes the right to refuse unwanted Medical treatment. Plantiff intelligently exercised those rights by saying **NNO** TOthe medication-Trazadone. Nurse-John Doe forced plantiff to take the medication by threatening him with a disciplinary ticket for disobeying a direct order,which is a segregation infraction. Plantiff in fear took the Med's. Defendants-John Doe's actions was such a departure from professional practice and standards. Plantiff notified defendant-Dr. Kelly,Dr. Kartan,Dr. Carter,Ceo Mark Hale, Counselor S. Sanders,Director Godinez,Warden Hardy,all these defendants were notified in good faith by plantiff either through grievances,letters or both. Their response was to diliberately ignore the plantiff.

Claim(3) Dr. Kartan,Dr. Kelly forced plantiff to take unwanted medications violatingplantiff's 14th admendment right. Plantiff vehemently and consistently informed defendant Dr. Kartan,Dr. Kelly. Plantiff notified both defendants that he did not want the medical treatment,defendantsinsisted that plantiff take the un-wanted meds that gave plantiff bad vision, migraine headaches,dizziness upon standing. Despite defendants knowledge that this plantiff was experiencing these side effects,they still forced plantiff to take these defective medications. This was a departure from professional practice. Plantiff alerted Mark Hale,Warden Hardy,S.Sanders, Director Godinez,Dr. Carter,Sarah Johnson. This issue was deliberately ignored by the above listed defendants. Plantiff sent letters and/or grievances in good faith to all of the above.

Claim(4) Defendant-Dr. Kartan targeted plantiff at Statevill C.C Health Care Unit. While having a session with plantiff,kartan asked plantiff to sign documents to waive plantiffs rights to sue defendant-Kartan. When plantiff refused,Kartan then called SGT Nash,Defendant-Nash deliberately placed plantiff in handcuffs that were so tight that they cut off the blood circulation in plantiff's wrist(s). This malicious act caused injuries to plantiff's left wrist. Plantiff notified the defendant-Sgt. Nash that his hand and wrist were hurting,Sgt Nash responded saying "Shut up **Chump**",then called the plantiff out to a physical confrontation. Plantiff told Sgt Nash

that he was not going to give him the benefit of a paid leave by fighting
him. Plantiff then explained to defendant that he needed medical treatment
for what seemed like a broken wrist,as well as blurred vision,migraine
headaches. Defendant-Sgt Nash declined to allow the plantiff the much needed
medical attention that plantiff sought. He also never wrote plantiff any
kind of disciplinary ticket in an attempt to cover up this entire incident.
However,Dr. Woods investigated the issue and signed a statement in plantiffs
defense as a witness for the plantiff being maliciously retaliated against
in clear violation of plantiff's 8th amendmant right.(U.S.CONSTITUTION)
Plantiff wrote grievances and letters alerting defendants in good faith.
Defendants-Warden Hardy,Director Godinez,Dr. Williams,Dr. Carter, Sarah
Johnson ARB Member,Mark Hale,these attempts to get the results that I sought
were deliberately ignored by the defendants for months. The very first time
that I seen a doctor was on April 6 2012 when defendant-Dr. Williams pre-
scribed medication for plantiff's wrist injury. The name of the medatiOn
is called Analgesic Balm,a muscular pain reliever. As a result of negligence
on the part of all above named defendants,plantiff's wrist still hurts.

Claim(5) Plantiff wrote grievances to try and exhaust all his insternal
remedies through Stateville's grievance system. Defendant-Counselor S.
Sanders,Grievance officers McBee and Colleen,Warden Hardy,Sarah Johnson,
Director Godinez all hindered plantiff's grievance process. Plantiff in
good faith even wrote Lisa Manigan of The Attourney General's Office,ex-
plaining to the attorney general that prison ofificials was hindering
plantiff's grievance proceedures. In attorney general's reply to plantiff
letter,she stated that she could not help plantiff because they worked for
only state employees at her office. Defendant-Jerz hindered plantiff's
constitutional rights by hindering justice. Defendant Jerz is the records
officer whom plantiff has wrote in good faith requesting plantiff's med-
ical records of the mental health treatment that he's recieved sinee a2000.
Defendant-Brenda Jerz says that she is buried in paperwork. Defendant Jerz
had prior knowledge that her current position would require accessive pap-
erwork. Defendant-Brenda Jerz is deliberately delaying plantiff's medical
records. Defendant-Lisa Weitekamp the freedom of information officer is
hinderingplantiff from filing suit in the above civil case by not providing
the first names of defendants Dr. Kartan,Dr. Kelly,Seageant Nash. Plantiff
has wrote the defendant-Lisa Weitekamp in good faith to file a lawsuit.

B 16

Plantiff was only familiar with defendants Nash,Kartan,Kelly last names, so plantiff just only put last names in suit. There are probably other doctors with the same last names as Kelly,Kartan that work here at State- ville as well. The same goes for Sgt. Nash. Plantiff was told by his legal adviser that he would possibly be penalized for just putting the defendants last name on the complaint. So plantiff will just put these defendants down as John Does on the complaint.

III.    List ALL Lawsuits you(and your co-plantiffs,if any)have filed in any state or federal court in the United States:

    A.    Case Name/Docket Number: I Don't Remember

    B.    Approximate Date of Filing  I Don't Remember

    C.    List all plantiffs,Including any alias: Antonio Reed

    D.    List all defendants: Wexford Health Sourees ,P. Ghosh

    E.    Court Lawsuit was Filed.: Court of Claims

    F.    Name of Judge assigned:  Not Available

    G.    Basic Claim Made: They gave me Medication thats used for
    —                   peoplle with H.I.V/AIDS and I have niether.

    H.    Disposition of this case(Dismissed,Appealed,Pending) It was
    —    dismissed because I did'nt have a doctor's affidavit .

    I.    Approximate Date of disposition: Not Available

IF YOU HAVE FILED MORE THAN ONE LAWSUIT,THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER,USING THIS SAME FORMAT regardless of how many cases you have previously filed.YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY,AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLANTIFFS MUST ALSO LIST ALLL CASES THEY HAVE FILED.

**V.    Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Plantiff  ask that he be fully examined by an outside physician

in hopes of rectifying his pains and injuries. Also to sue  each

defendant in Punitive damages in the amount of 5,000,000 Dollars

in defendants individual and official capacity. Plantiff ask that

him and prison officials whom are witnesses for plantiff be free

retaliation in the future.

VI.    The plaintiff demands that the case be tried by a jury.  ☒ YES    ☐ NO

CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this _____ day of _____, 20_____

_____
(Signature of plaintiff or plaintiffs)
**Anthony Boyce**
_____
(Print name)
R5162
_____
(I.D. Number)

P.O.Box 112

Joliet Illinois 60434
_____
(Address)
                    B 19

*(exhibit 4) continue page 8*

Greetings Sirs:

I've had exhaustion problems in the past with Stateville C.C. personnel etc. hindering my due process referring to the grievance process so given those set of circumstances I've attached three grievances to this document involving staff misconduct, living conditions, health care etc. to the parties below. John Howard association I ask that you send the exact grievance to the head counselor of Statuville C.C. to ensure my rights of due process of law. I've sent the head counselor the same grievance I am doing this to make sure its no way Illinois Department of Corrections employees can't avoid the question of the facts I tried to fully exhaust my administrative remedies.

### CERTIFICATE OF SERVICE

To: Head Warden of Stateville C.C.
To: Head Counselor of Stateville C.C.
    P.O.Box 112
    Joliet,IL 60434

To: John Howard Association of Illinois
    275 East Chicago Avenue
    Chicago,IL 60611

Please be advised that on **NOV 01** ,2011, I,Anthony Royce, caused to be mailed the attached document and grievance to the above named partie by placing it in the internal mail system at Stateville C.C. The postage required for the envelope that was needed to be mailed via the U.S. postl ervie was prepaid

I swear under penalty of perjury that the foregoing is true and correct.

Signed: **A Royce**
             Anthony Royce
             R-52162
             P.O.Box 112
             Joliet,IL 60434

Subscribed and Sworn to before me this *1st* day of *November* 2011.

*Phyllis Baker*
Notary Public

OFFICIAL SEAL
PHYLLIS BAKER
Notary Public - State of Illinois
My Commission Expires Jan 19, 2015

*[exhibit 9]  continue page 9*



# John Howard Association of Illinois

375 East Chicago Avenue, Suite 529  Chicago, IL 60611
Tel. 312-503-6300  Fax. 312-503-6306  www.thejha.org

December 20, 2011

Anthony Boyce #R52162
Route 53
P.O. Box 112
Joliet, IL 60434

Dear Mr. Boyce,

We received your three letters dated October 27, 2011, November 1, 2011 and November 22, 2011.

Our responses are as follows:

1. Letter dated October 27, 2011. You are suffering from a series of health related issues and you are not getting proper medical treatment. You must file a grievance on this issue. If your grievance is denied, you must appeal to the ARB and ask it to refer your medical treatment grievance to Dr. Louis Shicker, the IDOC Medical Director, for a final medical review. Dr. Shicker is the only person with the authority and medical knowledge to determine proper medical treatment. No other person or entity has that authority and medical knowledge.
2. Letter dated November 1, 2011. You enclosed three grievances dated October 21, 2011, October 23, 2011 and October 29, 2011 and asked that we send these grievances to the head Counselor at Stateville C.C. The IDOC does not permit any outside agency such as ours to get involved in the grievance procedure. You have already sent your grievances to the head Counselor. That is sufficient. We are returning your grievances.
3. Letter dated November 22, 2011. You enclosed a grievance dated November 8, 2011 that you want us to send to the Grievance Officer. We are returning that grievance since we are not permitted to get involved in the grievance procedure. You also asked that we direct Brenda Jerz, Records Officer, to give you your medical, dental and psych records from 2008 through 2011. We have no authority to direct Brenda to do anything. We have no authority over any IDOC employee. You should consult with your Counselor on this issue.

Sincerely,

John Howard Association Staff

Promoting Community Safety Through Cost-Effective Prison Reform
Founded in 1901

exhibit q (continued)                                          page 15

Greetings Sirs:

On November 1,2011 I sent a certificate of service with three grievances attached via mail to head counselor S. Waznis and to counselor S.Sanders, John Howard Association of Illinois it was to no avail. On November 23,2011 while living in unit F-house in Stateville C.C. Counselor Sanders brought the exact three grievances with her writing on one saying she didn't accept duplicate grievances. She needs the originals. So I re-typed the grievances and sent them to Counselor Sanders once again on November 25,2011 via mail Stateville Internal mailsystem. On December 1,2011 I saw counselor Sanders and asked her about my grievances she said she didn't know. This is a systematic pattern of prison officials deliberately differencing my due process of law. Because prison officials know a State prisoner can't take any further steps legal until he or she has fully exhausted every available administrative remedy such as (a) going to the facility of Stateville C.C. counselors (B) going to the grievance officer, (c) if that doesn't work go to the ARB (d) the grievance process is simple (E) I am putting you all on judicial notice writing an emergency grievance to the warden,counselor, grievance officer to attempt to rectify my issues to seek justice to stop present and future injury. (F) This is cruel and unusual punishment I am in pain as a result of taking Trazodone, Remeron. (G) I need to see an optometrist, medical physician my eyes hurt, troubles swollowing,migraine headaches etc. I've complained its been deliberately ignored. (H) The freedom of information officers are deliberately holding knowledge of defendants names. (I) The records office is withholding my medical records (J) You all leave me no choice but to try to seek justice in the honorable courts please respond back in a timely manner.

Judicial Notice

To: Stateville C.C Optometrist, P.O. BOX 112 Joliet,IL 60434

To:Medical Director of Stateville C.C./Wexford Health Sources Inc,I.Carter
    P.O.Box 112 Joliet,IL 60434

To: Medical Doctor L.Williams Stateville C.C./Wexford  Health Sources Inc.
    P.O. Box 112 Joliet,IL 60434
To: Records Officer of Stateville C.C Brenda Jacz
    P.O.Box 112 Joliet,IL 60434
To: Pamela J. McGuire Circuit Court Clerk of Will County
    14 West Jefferson St
    Joliet,IL 60432
To: Grievance officer of Stateville C.C Ann McPhee/ Colleen Franklin
    Warden of
                  Stateville Marcus Hardy.
    P.O.Box 112 Joliet,IL 60434

Please be advised that I Anthony Boyce,caused to be mailed the attached letter to the above named parties via the internal mailsystem at Stateville C.C.
    I Swear under penalty of perjury that the foregoing is true.

                                                            Anthony Boyce, R-52162
                                                            P.O.Box 112
Subscribed and Sworn to before me this                      Joliet,IL 60434
    day of                    ,2011           with grievances
                                              sent out on
                                              Dec 01,
                                              2011
--------
Notary Public

*page 1*
*1st Exhibit E*
*Continue*

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE**

| Date: 10-21-11 | Offender: (Please Print) Anthony Boyce | ID#: R-52162 |
|---|---|---|

| Present Facility: Stateville | Facility where grievance issue occurred: Stateville |
|---|---|

**NATURE OF GRIEVANCE:**

☐ Personal Property   ☐ Mail Handling   ☐ Restoration of Good Time   ☐ Disability
☐ Staff Conduct   ☐ Dietary   ☐ Medical Treatment   ☐ HIPAA
☐ Transfer Denial by Facility   ☐ Transfer Denial by Transfer Coordinator   ☒ Other (specify): living conditions

☐ Disciplinary Report: _____   _____
                          Date of Report              Facility where issued

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
  Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
  Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
  Chief Administrative Officer, only if EMERGENCY grievance.
  Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary
  administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief
  Administrative Officer.

**Brief Summary of Grievance:** This grievance pertains to my United States constitutional rights being violated on a daily basis deliberately by Illinois Department of corrections employees etc. Claim 1, Stateville C.C. has not issued me a winter coat which its fall/winter like weather that has my chest hurting from mucus from colds walking in rain with 30 something degree temperatures freezing causing pain and suffering to inmates such as myself. Claim 2, the coats that Stateville C.C. and all Illinois department of Correctional facilities coats are like wind breakers and don't stop the winter like Illinois climate which is brutal causing sickness and pain and suffering to me and other inmates around Illinois (SEE BACK)

**Relief Requested:** To have stateville C.C. to culminate to the occassion of the honorable United States Constitution

☐ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

_R. Boyce_ _____   R-52162   11.01.11
Offender's Signature                     ID#          Date

(Continue on reverse side if necessary)

---

| | **Counselor's Response** (if applicable) | |
|---|---|---|

Date Received: 10, 25, 11      ☐ Send directly to Grievance Officer   ☐ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: WE do not Accept copies of grievance Please forwarded original grievance

_Sanders_                    _Sanders_          10 30, 11
Print Counselor's Name          Counselor's Signature          Date of Response

---

| | **EMERGENCY REVIEW** | |
|---|---|---|

Date Received: ___/___/___

Is this determined to be of an emergency nature?   ☐ Yes; expedite emergency grievance
                                                    ☐ No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

_____   ___/___/___
Chief Administrative Officer's Signature          Date

Distribution: Master File; Offender                    Page 1                    DOC 0046 (Rev. 3/2005)
                                          Printed on Recycled Paper

RECEIVED
DEC 27 2011
OFFICE OF
INMATE ISSUES

DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE**

*(handwritten: Continue page 17)*

| | | |
|---|---|---|
| Date: Dec 1 2011 | Offender: Anthony Royce (Please Print) | Facility where grievance issue occurred: Stateville | STA# |

Present Facility: Stateville

**NATURE OF GRIEVANCE:**

- [ ] Personal Property
- [ ] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Mail Handling
- [ ] Dietary
- [ ] Transfer Denial by Transfer Coordinator
- [ ] Restoration of Good Time
- [x] Medical Treatment
- [ ] Disability
- [ ] HIPAA
- [x] Other (specify): *Mental health, Unimmunities*

- [ ] Disciplinary Report: ____/____/____
  Date of Report _____    Facility where issued _____

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
  **Counselor,** unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
  **Grievance Officer,** only if the issue involves discipline at the present facility or issue not resolved by Counselor.
  **Chief Administrative Officer,** only if EMERGENCY grievance.
  **Administrative Review Board,** only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

**Brief Summary of Grievance:** This grievance is not limited to the claims that is cited in this grievance grievant United States Constitutional rights are being violated consistently and deliberately by prison officials. Boswell Pharmacy Service employees/Wexford Health Sources Inc/ the medicine manufacturers of the drugs Trazadone,Remeron etc. (CLAIM 1) Dr.Kelly a Wexford Health sources Inc/ Stateville employee prescribed the antidepressant meds know the drugs would cause me to have blurred vision,dizziness problems swallowing migraine head aches (A) Despite Dr.Kelly and his co-workers etc. Had knowledge of the meds I asked him before taking the meds that was the side affects of Remeron, he said it was nothing to worry about just an increase in appetite which was a lie (B) It is not any kind of warning label on the medicine thats distributed by employees at Stateville C.C. (C) I've complained constantly to see an eye doctor its been to no avail deliberately ignored this is cruel and unusual punishment(See back)

**Relief Requested:** For Stateville employees to culminate to the level of the honorable U.S. Constitution that this modern day society laments declaratory judgement (that said deprivation is unconstitutional and injunctive relief(that the said acts be stopped) Damage punitive compensatory etc (See relief requested(CNT)

- [x] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

*A. Royce* (Offender's Signature)    R-52162 (ID#)    12.02.11 (Date)

*(Continue on reverse side if necessary)*

---

**Counselor's Response (If applicable)**

Date Received: ____/____/____

- [ ] Send directly to Grievance Officer
- [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: _____

Print Counselor's Name _____    Counselor's Signature _____    Date of Response ____/____/____

*RECEIVED DEC 2 7 2011 OFFICE OF INMATE ISSUES*

---

**EMERGENCY REVIEW**

Date Received: 12.12.11

Is this determined to be of an emergency nature?
- [ ] Yes; expedite emergency grievance
- [x] No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

*Marcus Hardy* (Chief Administrative Officer's Signature)    12.12.11 (Date)

Distribution: Master File; Offender    Page 1    DOC 0046 (Rev. 3/2005)

*Printed on Recycled Paper*

EXHIBIT NO. IV

page 18

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE**

| Date: 10-23-2011 | Offender: (Please Print) Anthony Boyce | ID#: R-52162 |
|---|---|---|

| Present Facility: Stateville | Facility where grievance issue occurred: Stateville |
|---|---|

**NATURE OF GRIEVANCE:**

- [ ] Personal Property
- [ ] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Disciplinary Report: ____/____/____
  Date of Report
- [ ] Mail Handling
- [ ] Dietary
- [ ] Transfer Denial by Transfer Coordinator
- [ ] Restoration of Good Time
- [x] Medical Treatment
- [ ] Disability
- [ ] HIPAA
- [x] Other (specify): healthcare/living conditions

Facility where issued

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

Brief Summary of Grievance: Claim1, upon being prescribed the anti-depressant
medication Remeron I noticed a slight change in my vision and migraine
headaches. So I informed psychiatrist Dr.Kelly whom is a Stateville
C.C./Wexford Health Sources Inc. employee assured me Remeron had
no side affects just an increase in appetite. So eventually the Dr.
Kelly changed my prescription to the anti-depressant medication
trazodone which made my vision worse and migraine headaches. The doctor
in question said its nothing wrong with you it just takes time for
you to get used to the medications. My vision has not fully came
back it impaired at this time pain and swelling,migraines(see back)

Relief Requested: X To see an optometrist,psychiatrist,medical physician,dentist
,to be free from deliberate indifference.

- [ ] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

Offender's Signature _____ ID# R-52162 Date 11.01.11
(Continue on reverse side if necessary)

---

| **Counselor's Response (if applicable)** | | |
|---|---|---|
| Date Received: ____/____/____ | [ ] Send directly to Grievance Officer | [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277 |

Response: _____

Print Counselor's Name _____ Counselor's Signature _____ Date of Response ____/____/____

---

| **EMERGENCY REVIEW** | |
|---|---|
| Date Received: ____/____/____ | Is this determined to be of an emergency nature? [ ] Yes; expedite emergency grievance [ ] No; an emergency is not substantiated. Offender should submit this grievance in the normal manner. |

Chief Administrative Officer's Signature _____ Date _____

RECEIVED
DEC 27 2011
OFFICE OF INMATE ISSUES

Distribution: Master File; Offender Page 1 DOC 0046 (Rev. 3/2005)
Printed on Recycled Paper

*Grievance / continued*

*page 19*

ILLINOIS DEPARTMENT OF CORRECTIONS
## OFFENDER'S GRIEVANCE

| Date: 10-29-2011 | Offender: (Please Print) Anthony Boyce | ID#: R-52162 |
|---|---|---|

| Present Facility: Stateville | Facility where grievance issue occurred: Stateville |
|---|---|

**NATURE OF GRIEVANCE:**

- [ ] Personal Property
- [x] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Disciplinary Report: ___/___/___
  Date of Report
- [ ] Mail Handling
- [ ] Dietary
- [ ] Transfer Denial by Transfer Coordinator
- [ ] Restoration of Good Time
- [x] Medical Treatment
- [ ] Disability
- [ ] HIPAA
- [x] Other (specify): Mental Health

Facility where issued

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
**Counselor,** unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
**Grievance Officer,** only if the issue involves discipline at the present facility or issue not resolved by Counselor.
**Chief Administrative Officer,** only if EMERGENCY grievance.
**Administrative Review Board,** only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

**Brief Summary of Grievance:** Claims cited in this very complaint are not limited on October 28,2011, I was scheduled to report to the Stateville C.C. healthcare unit upon arrival on or about 12:10 p.m. I was placed in the holding area known as the bullpen with other inmates around 12:40 I was called to the back room to have a session with psychiatrist Dr.Kartan I sat down in a chair in her office we began the session,she asked about my medical predicament I informed Dr.Kartan I was having stomach cramps, gum disease, heart pains, also I informed her Remeron ,trazodone was making me dizzy and making my eyes hurt and was messing with my vision. She asked me to sign some papers. I told(seeback)

**Relief Requested:** (1) I ask that the inmates that was present at the hospital be interviewed by internal affairs.(2) for their to be absolutely no retaliation from Stateville C.C. employees/WExford Healthsources(seeback)

- [ ] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

Offender's Signature _____  ID# R-52162  Date 11-01-11
(Continue on reverse side if necessary)

| **Counselor's Response (if applicable)** | |
|---|---|
| Date Received: ___/___/___ | [ ] Send directly to Grievance Officer  [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277 |
| Response: | |

Print Counselor's Name _____ Counselor's Signature _____ Date of Response _____

RECEIVED
DEC 27 2011
OFFICE OF
INMATE ISSUES

| **EMERGENCY REVIEW** | |
|---|---|
| Date Received: ___/___/___ | Is this determined to be of an emergency nature?  [ ] Yes; expedite emergency grievance  [ ] No; an emergency is not substantiated. Offender should submit this grievance in the normal manner. |

Chief Administrative Officer's Signature _____  Date _____

Distribution: Master File; Offender        Page 1        DOC 0046 (Rev. 3/2005)

Printed on Recycled Paper

*1-20-12* *[exhibit 5]* *page 20*

*Ym Boyce Rec* *E-522*
*this MAT on this*
*his MAT on this*
*Russell 5176*

ILLINOIS DEPARTMENT OF CORRECTIONS

## Administrative Review Board
## Return of Grievance or Correspondence

Offender: **Boyce** **Anthony** **RS2162**
  Last Name _____ First Name _____ MI ___ ID#

Facility: **Sta**

☒ Grievance: Facility Grievance # (if applicable) _____ **10/21; 10/23; 10/29; 12/1**
  Dated: _____ or ☐ Correspondence: Dated: _____

  Received: **12, 27, 11** Regarding: **Conditions; living conditions**
  Date

The attached grievance or correspondence is being returned for the following reasons:

**Additional information required:**

☒ Provide a copy of your written Committed Person's Grievance, DOC 0046 including the counselor's response if applicable).

☒ Provide a copy of the Committed Person's Grievance Report, DOC 0047, including the Grievance Officer's and Chief Administrative Officer's response, to appeal.

☐ Provide date(s) of disciplinary report(s) and facility where incident(s) occured.

☐ Unable to determine nature of grievance or correspondence; submit additional specific information.  Please return the attached grievance or correspondence with the additional information requested to:  Administrative Review Board
  Office of Inmate Issues
  1301 Concordia Court
  Springfield, IL  62794-9277

**Misdirected:**

☐ Contact your correctional counselor regarding this issue.

☐ Request restoration of Good Conduct Credits (GCC) to Adjustment Committee.  If request is denied by the facility, utilize the inmate grievance process outlined in Department Rule 504 for further consideration.

☐ Contact the Record Office with your request or to provide additional information.

☐ Personal property issues are to be reviewed at your current facility prior to review by the Administrative Review Board.

☐ Address concerns to:  Illinois Prisoner Review Board
  319 E. Madison St., Suite A
  Springfield, IL  62706

**No further redress:**

☐ Award of Meritorious Good Time (MGT) and Statutory Meritorious Good Time (SMGT) are administrative decisions; therefore, this issue will not be addressed further.

☐ Not submitted in the timeframe outlined in Department Rule 504; therefore, this issue will not be addressed further.

☐ This office previously addressed this issue on _____ / _____ / _____
  Date

☐ No justification provided for additional consideration.

**Other** (specify): _____

_____

Completed by:  **Sarah Johnson**     *Sarah Johnson*     **12, 27, 11**
  Print Name           Signature           Date

Distribution:  Offender; Inmate Issues

DOC 0070 (10/2001)

page 21

Greetings Sirs:

I've had exhaustion problems in the past with Stateville C.C. personnel etc. hindering my due process referring to the grievance process so given those set of circumstances I've attached three grievances to this document involving staff misconduct,living conditions, health care etc. totthe parties below. John Howard association I ask that you send the exact grievance to the head counselor of Statville C.C. to ensure my rights of due process of law. I've sent the head counselor the same grievance I am doing this to make sure its no way Illinois Department of Corrections employees can't avoid the question of the facts I tried to fully exhaust my administrative remedies.

<u>CERTIFICATE OF SERVICE</u>

To: Head Warden of Stateville C.C.
To: Head Counselor of Stateville C.C.
    P.O.Box 112
    Joliet,IL 60434

To: John Howard Association of Illinois
    375 East Chicago Avenue
    Chicago,IL 60611

Please be advised that on NOV 01 ,2011, I,Anthony Boyce, caused to be mailed the attached document and grievance to the above named partie by placing it in the internal mail system at Stateville C.C. The postage required for the envelope that was needed to be mailed via the U.S. postl ervie was prepaid.

I swear under penalty of perjury that the foregoing is true and correct.

Signed: _____
Anthony Boyce
R-52162
P.O.Box 112
Joliet,IL 60434

Subscribed and Sworn to before
me this 1st day of November 2011.

_____
Notary Public

OFFICIAL SEAL
PHYLLIS BAKER
Notary Public - State of Illinois
My Commission Expires Jan 19, 2015

RECEIVED
DEC 2 7 2011

*Exhibit pg*
*(exhibit 6) continue*

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE**

| Date: 01-01-2012 | Offender: (Please Print) ANTHONY BOYCE | ID#: R-52162 |
|---|---|---|
| Present Facility: Stateville | Facility where grievance issue occurred: Stateville | |

**NATURE OF GRIEVANCE:**     GRIEVANCE OFFICE

- [ ] Personal Property
- [x] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Mail Handling
- [ ] Dietary
- [ ] Transfer Denial by Transfer Coordinator
- [ ] Restoration of Good Time
- [x] Medical Treatment
- [ ] Disability
- [ ] HIPAA     JAN 04 2012
- [ ] Other (specify)
- [ ] Disciplinary Report: ___/___/___
  Date of Report     Facility where issued

STA # **4685**

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
**Counselor,** unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
**Grievance Officer,** only if the issue involves discipline at the present facility or issue not resolved by Counselor.
**Chief Administrative Officer,** only if EMERGENCY grievance.
**Administrative Review Board,** only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

**Brief Summary of Grievance:** Claim (1) I've relentlessly have complained via grievances requests concerning my dire medical needs for months concerning being exposed to hazardous medicines Trazodone, Remeron which has caused my vision to decline, dizziness, troubles swallowing at times, migraine headaches as a result of the above medicine. My requests etc have been deliberately ignored by Stateville C.C. medical staff to see optometrist medical physician.

Claim(2) prison officials are working in conspiracy with Boswell pharmacy services officials etc, Wexford Health Sources Inc. Officials etc, medicine manufacturers to deprive me of my United States Constitutional rights by knowingly and deliberately dispensing hazardous meds etc. to prisoners thats known cause a serious health risk to substantiate my facts of this ongoing conspiracy. (A) I saw nurse Smith in December of 2011 on five gallery of E-house we both spoke about an incident (See Back)

**Relief Requested:** (1) for Stateville etc. to culminate to the U.S. Constitution that this modern area accepts (2) to be seen by optometrist, medical physical (3) for I.D.O.C. to stop dispensing hazardous meds that create needless suffering.

[x] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

_R. Boyce_ Offender's Signature     R-52162  01, 01, 2012
ID#     Date

(Continue on reverse side if necessary)

| **Counselor's Response** (if applicable) | | |
|---|---|---|
| Date Received: ___/___/___ | [ ] Send directly to Grievance Officer | [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277 |
| Response: | | |

Print Counselor's Name _____ Counselor's Signature _____ Date of Response ___/___/___

| **EMERGENCY REVIEW** | |
|---|---|
| Date Received: 1 /4 /12 | Is this determined to be of an emergency nature? |
| | [ ] Yes; expedite emergency grievance |
| | [x] No; an emergency is not substantiated. Offender should submit this grievance in the normal manner. |

_Marcus Hardy_ Chief Administrative Officer's Signature     1 , 5 , 12
Date

Distribution: Master File; Offender     Page 1     DOC 0046 (Rev. 3/2005)
Printed on Recycled Paper

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE**

Copy    page 23

| Date: Nov 19, 11 | Offender: (Please Print) Anthony Boyce | ID#: R-52162 |
|---|---|---|

Present Facility: Stateville

Facility where grievance issue occurred: Stateville

**NATURE OF GRIEVANCE:**

- [ ] Personal Property
- [x] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Disciplinary Report: ___/___/___
      Date of Report

- [ ] Mail Handling
- [ ] Dietary
- [ ] Transfer Denial by Transfer Coordinator

- [ ] Restoration of Good Time
- [x] Medical Treatment
- [ ] Other (specify): _____

- [ ] Disability
- [ ] HIPAA

Facility where issued

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

Brief Summary of Grievance: on oct 28, while at Health Care Unit while having a session for mental Health with Dr Kartan she Began to state I know your trying to file a lawsuit your not gonna get a Dime we can tell other inmates anything the staff here tells them to say for a sandwich you've Been writing up my Boss Dr Kartan called Sergeant Nash Back there he Came running placing me in handcuffs so tightly it put my Blood circulation off in my fingers my left wrist was hurting I told him he tuld me to shut up Chump Sergeant Nash Seclude me in a small Bull pen cuffed up infront of other inmates and staff challenging me into a fight I stated I am not gonna help

Relief Requested: to have this matter fully investigated for Sergeant Nash and Nurse Smith to Be reprimanded without payfor violating my rights etc. to Be seen By medical, mental Health psychierus to have Stateville

- [ ] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

| A Boyle | R-52162 | Nov 19, 11 |
|---|---|---|
| Offender's Signature | ID# | Date |

(Continue on reverse side if necessary)

---

**Counselor's Response (if applicable)**

Date Received: ___/___/___

- [ ] Send directly to Grievance Officer
- [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: _____

Print Counselor's Name _____  Counselor's Signature _____  Date of Response ___/___/___

---

**EMERGENCY REVIEW**

Date Received: ___/___/___

Is this determined to be of an emergency nature?

- [ ] Yes; expedite emergency grievance
- [ ] No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

Chief Administrative Officer's Signature _____  Date ___/___/___

Printed on Recycled Paper

E 522

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE**

| Date: 02-10-12 | Offender: (Please Print) Anthony Boyce | ID#: R-52162 |
|---|---|---|
| Present Facility: Stateville | Facility where grievance issue occurred: | |

**NATURE OF GRIEVANCE:**

☐ Personal Property    ☐ Mail Handling    ☐ Restoration of Good Time    ☐ Disability
☐ Staff Conduct    ☐ Dietary    ☑ Medical Treatment    ☐ HIPAA
☐ Transfer Denial by Facility    ☐ Transfer Denial by Transfer Coordinator    ☐ Other (specify):

**GRIEVANCE OFFICE**

FEB

STAMP **543**

☐ Disciplinary Report: ___/___/___
            Date of Report

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
  **Counselor,** unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
  **Grievance Officer,** only if the issue involves discipline at the present facility or issue not resolved by Counselor.
  **Chief Administrative Officer,** only if EMERGENCY grievance.
  **Administrative Review Board,** only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

Brief Summary of Grievance: On Feb 08,12 around 9:00 pm whom I have reason to believe name is nurse Smith was passing out meds on five gallery of E-house she stopped at my cell and tried to give me a 50 gram pill of trazodone antidepressed medicine. I notified her as she already knew from prior incidents months ago my vision was blurred at times Migraine head aches at times Bad vision at times and a slight change in short term memory at times and troubles Swallowing at times like almost a good 20 hours a Day I experiences these extremely painful pains as a result

Relief Requested: to have this matters identified to prevent further damages and for the warden to notify everyone named in this grievance of what Iam Saying

☐ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

(Offender's Signature)      ID# R-52162    Date 02,10,12

(Continue on reverse side if necessary)

| **Counselor's Response (If applicable)** | |
|---|---|
| Date Received: ___/___/___ | ☐ Send directly to Grievance Officer    ☐ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277 |
| Response: | |

Print Counselor's Name      Counselor's Signature      Date of Response

| **EMERGENCY REVIEW** | |
|---|---|
| Date Received: 2,16,12 | Is this determined to be of an emergency nature? ☐ Yes; expedite emergency grievance    ☑ No; an emergency is not substantiated. Offender should submit this grievance in the normal manner. |

Chief Administrative Officer's Signature    Marcus Hardy    Date 2,17,12

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE**

(exhibit 6) continue

| Date: 01 – 01-2012 | Offender: (Please Print) ANTHONY BOYCE | ID#: R-52162 |
|---|---|---|

| Present Facility: Stateville | Facility where grievance issue occurred: Stateville |
|---|---|

**NATURE OF GRIEVANCE:**                                                                          **GRIEVANCE OFFICE**

- [ ] Personal Property
- [x] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Mail Handling
- [ ] Dietary
- [ ] Transfer Denial by Transfer Coordinator
- [ ] Restoration of Good Time
- [x] Medical Treatment
- [ ] Disability
- [ ] HIPAA  JAN 04 2012
- [ ] Other (specify)

- [ ] Disciplinary Report: ____/____/____
  Date of Report                    Facility where issued

**STA # 4685**

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
  **Counselor,** unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
  **Grievance Officer,** only if the issue involves discipline at the present facility or issue not resolved by Counselor.
  **Chief Administrative Officer,** only if EMERGENCY grievance.
  **Administrative Review Board,** only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

**Brief Summary of Grievance:** Claim (1) I've relentlessly have complained via grievances requests concerning my dire medical needs for months concerning being exposed to hazardous medicines Trazodone, Remeron which has caused my vision to decline, dizziness, troubles swallowing at times, migraine headaches as a result of the above medicine. My requests etc have been deliberately ignored by Stateville C.C. medical staff to see optometrist medical physician.

Claim(2) prison officials are working in conspiracy with Boswell pharmacy services officials etc, Wexford Health Sources Inc. Officials etc, medicine manufacturers to deprive me of my United States Constitutional rights by knowingly and deliberately dispensing hazardous meds etc. to prisoners thats known cause a serious health risk to substantiate my facts of this ongoing conspiracy. (A) I saw nurse Smith in December of 2011 on five gallery of E-house we both spoke about an incident (See Pack)

**Relief Requested:** (1) for Stateville etc. to culminate to the U.S. Constitution that this modern area accepts (2) to be seen by optometrist, medical physical (3) for I.D.O.C. to stop dispensing hazardous meds that create needless suffering.

[x] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

_A Boyle_                              R-52162    01, 01, 2012
Offender's Signature                        ID#              Date

(Continue on reverse side if necessary)

| **Counselor's Response (if applicable)** | | |
|---|---|---|
| Date Received: ____/____/____ | [ ] Send directly to Grievance Officer | [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277 |

Response: _____

_____

_____

_____

_____

| Print Counselor's Name | Counselor's Signature | Date of Response |
|---|---|---|

| **EMERGENCY REVIEW** | | |
|---|---|---|
| Date Received: 1, 4, 12 | Is this determined to be of an emergency nature? | [ ] Yes; expedite emergency grievance [x] No; an emergency is not substantiated. Offender should submit this grievance in the normal manner. |

_Marcus Hardy_                                            1, 5, 12
Chief Administrative Officer's Signature                              Date

Distribution: Master File; Offender                 Page 1                 DOC 0046 (Rev. 3/2005)

Printed on Recycled Paper

(exhibit 6) continue

page 26
April 04/12

to

Greeting Ms SARAH Johnson ARB Director goDinez My Name is Anthony Boyce R-52162 I am writing you in regards to try to exhaust me administrative remedies the grievance attached NOV 19, 11 the counselors office just Held and just gave me the runAround saying its no Designated time for the counselors office to respond counselor is sanders its a emergency grievance I wrote Jan 06/12 attached grievance NumBer 4685 I received its stale out Dated grievance past my appeal the Date received was march 24/12 which was past my appeal Date I wrote the warDen to rectify this problem he turned the Blind eye as on March 24/12 I received another stale emergency grievance I wrote Feb 12/12 it was stale and out Dated the warden DiD nothing I ask that you give me a Break and rectify this matter the only person you can appeal a emergency grievance to is the Director goDinez this always happens with grievances

Thanks

$(exhibit 7)$ page 27

On about 9.00 pm a Husky set nationality white woman was passing out meds, I informed here my eyes have Been hurting for months and migraine head aches as a result of taking the exact meds she was trying to give to me which was trazoDone she offered me No medical care which is DeliBerate inDifference officer that accompanied the nurse officer l terry DiD his joB By informing the medical staff of stateville cc I was in Dire extreme pain ete I am gonna ask him to sign his signature and Date to verify this Statement of this account also she saiD of course Kelly, Boswell pharmacy, medicine nurse he knows its Bad

medication → [signature] E-House officer 11-09-11 X signature

If you Bear the incident please sign above Sir. I am not Racist I just trying to Describe the nurse Nov 09/11

(exhibit 8)          1/19/12        page 28

ON Jan 19, 2012 I Anthony Boyce, sat
Down for a routine Appointment with psychologist
Dr C woods to have a session in this
talk we had I revealed I was Being
tArgeted By some stateville staff for retaliation
I explained to Dr woods on oct 28, 2011
psychiatrist Dr KARTAN while Having a session
went in to a tiraDe with saying your writing
up my boss your trying to file a law suit swearing
at me when she called sergeant Nash whom
at that time Became verBally provocative By
challenging me putting me in Hand cuffs in
a Hospital Bullpen saying to me we can Do it
which means in prison slang we can fight after
Nash sow I wasn't gonNA respond in a negative
way he slammed the Bullpen Door very Hard my wrist Hurts
I told him I am not gonNA help you By fighting
with you so you can get Day's off with pay and
So you can file a lawsuit saying I D O C DiDn't
provide you with a safe job cite Dr woods want
and investigated my allegations to see if they
was true By asking some of the staff that was
present on oct 28, 2011 like officer A. taylor
if this is So per your investigation Dr woods
I am asking have been your honesty     Chris Woods  1/19/12

Boswell Pharmacy Services ( *exhibit 99* page 29 Page 1 of 1



ABOUT US
CORRECTIONAL FACILITIES
NURSING HOMES
ASK THE EXPERT
NEWSLETTER
CONTACT US



**Contact Us**

For more information on Boswell Pharmacy services please call us or e-mail us at any of the addresses below:

**Boswell Pharmacy Services**
131 Schoolhouse Road
Jennerstown, PA 15547
(888) 688-3288

General Information:
information@boswellpharmacy.com

President/CEO, Jackie Martella, R.Ph:
jmartella@boswellpharmacy.com

Chief Administrative Officer, Kathleen Martella :
kmartella@boswellpharmacy.com

National Account Manager, Daniel Golby:
dgolby@boswellpharmacy.com

Billing Manager, Terri Pingley:
tpingley@boswellpharmacy.com

Purchasing Manager, Gary Pribozie:
gpribozie@boswellpharmacy.com

You can fill out an employment PDF application here. Please mail to us when complete.

Site Designed by Open Door Visions | © 2004 Boswell Pharmacy Services
Martella's Pharmacy

( exhibit 10)                                    page 30

Greetings Sirs:

My name is Anthony Boyce R-52162, I am incarcerated in Stateville Correctional center I am ill my eyes hurt, my vision is blurred , I have migraine head aches sometimes, my swallowing is impaired , I am now experiencing short term memory loss as a result of being exposed unknowingly and excessively to defective harmful medication, trazodone and remeron. Which are anti-depressant medicines why is these drugs still being distributed when its obvious to the medical world such as doctors, psychiatrists, pharmacists, medicine manufacturers of trazodone, remeron are defective harmful to health why is it no warning label on the medicines trazodone, remeron? I've wrote to Boswell Pharmacy services located at 131 Schoolhouse Road Jennerstown PA 15547 president/ceo Jackie Martella Rzh, Chief adminstrative officer Kathleen Martella purchasing manager. Gray pribozie has been notified to inform the medicine manufacturers I've suffered injuries from their products Boswell Pharmacy Service officials have failed to respond or haven't complied with my request to start warning consumers of the risks of the dangerous side effect of remeron, trazodone and I asked them to stop selling the drugs. The same requests have went to Wexford Health Sources Inc. Mark Hale the CFO, his underling, psychiatrist Kelly, psychiatrist KArtan. Wexford Health sources are the facility of Stateville's private health care providers located att he ehad office at 425 Holiday Dr. Foster Plaza 2 Pittsburgh PA 15520 has refused to comply with my letters and demands also. I've wrote IDOC officials its been ignored plaese FDA officials could you stop the sale of those drugs trazodone, remeron. Start making the manufacturers put every warning label on the medicine to inform consumers , also force the psychiatrists of the medical personnel to warn patients. Also could you send me the name and addresses of the pharmaceutical companies of whom Boswell Pharmacy which provides medicine for Stateville C.C. whom Boswell pharmacy purchases the medicines in the powder pill form trazodone, remeron from for legal reasons only because they're defendants in the lawsuit I need that information please ASAP. Someone has to make a legal stand they've been giving people defective medicines for years ignoring the substantial risk of harm for monetary gain in violationof federal law. Also I ask that you all inform the medicine manufacturers to please write me back.

## CERTIFICATE OF SERVICE

TO: U.S. Food and Drug Administration
    10903 New Hampshire Avenue
    Silver Spring, MD 20993

To: Commissioner of Food and Drugs
    Margaret A. Hamburg
TO: Deputy Commissioner for Global Regulatory Operations and Policy
    Deborah M. Autor

To: Chief Scientist and Deputy Commissioner for Science and Public Health
    Jesse L. Good man

To: Acting Deputy Commissioner for Operations/ Acting Chief Operating office
    Molly Muldoon

To: Deputy Commissioner for Medical Products and Tobacco
    Stephen P. Spielberg

Please be advised that on February 9 , 2012, I anthony Boyce, cause to be mailed the attached document by placing it in the internal mailsystem at Stateville Correctional Center to be mailed via the U.S. Postal Service the postagefor which was pre-paid.

I, Anthony Boyce , swear the above is true under penalty of perjury.

Signed: Anthony Boyce R-52162
Stateville C.C
P.O. Box 112
Joliet, IL 60434

Subscribed and Sworn to before me this
9 day of February 2012

Notary Public

OFFICIAL SEAL
TYNEER N. BUTLER-WINTERS
Notary Public - State of Illinois
My Commission Expires Jan 20, 2015

*(exhibit 11)   page 51*

 **U.S. Department of Health & Human Services**

U.S. Food & Drug Administration

## About FDA

- 

Home About FDA FDA Organization

### FDA Leadership Profiles

**Commissioner**



**Margaret A. Hamburg, M.D.** [1]
Commissioner of Food and Drugs

**Deputy Commissioners**



**Deborah M. Autor, Esq.** [2]
Deputy Commissioner for Global Regulatory Operations and Policy



**Jesse L. Goodman, M.D., M.P.H.** [3]
Chief Scientist and Deputy Commissioner for Science and Public Health

**Molly Muldoon**
Acting Deputy Commissioner for Operations/Acting Chief Operating Officer



**Stephen P. Spielberg, M.D., Ph.D.** [4]
Deputy Commissioner for Medical Products and Tobacco



**Michael R. Taylor, J.D.** [5]
Deputy Commissioner for Foods, Office of Foods

**Chief of Staff**

**Lisa Barclay**
Chief of Staff

**Chief Counsel**

**Elizabeth H. Dickinson, Esq.** [6]
Acting Chief Counsel

**Counselor to the Commissioner**

**John M. Taylor III, J.D.** [7]
Counselor to the Commissioner

*[exhibit 121]*
*page 32*
*Continue*



Drug Information Online

**Drugs.com**

Close   Print this page

Home › Drugs by Condition › D › Depression › **Remeron** › Side Effects

# Remeron Side Effects

**Generic Name:** *mirtazapine*

Please note - some side effects for Remeron may not be reported. Always consult your doctor or healthcare specialist for medical advice. You may also report side effects to the FDA.

## Side Effects of Remeron - for the Consumer

### Remeron

All medicines may cause side effects, but many people have no, or minor, side effects. Check with your doctor if any of these most COMMON side effects persist or become bothersome when using Remeron:

> Abnormal dreams: abnormal thinking; constipation; dizziness; drowsiness; dry mouth; flu symptoms; increased appetite; weakness; weight gain.

Seek medical attention right away if any of these SEVERE side effects occur when using Remeron:

> Severe allergic reactions (rash; hives; itching; difficulty breathing; tightness in the chest; swelling of the mouth, face, lips, or tongue); mouth sores; new or worsening agitation, panic attacks, aggressiveness, impulsiveness, irritability, hostility, exaggerated feeling of well-being, trouble sleeping, restlessness, or inability to sit still; red, swollen, blistered, or peeling skin; seizures; severe headache or dizziness; sluggishness; suicidal thoughts or actions; symptoms of infection (eg, fever, chills, sore throat); tremors; unusual or severe mental or mood changes; worsening of depression.

This is not a complete list of all side effects that may occur. If you have questions about side effects, contact your health care provider. Call your doctor for medical advice about side effects. To report side effects to the appropriate agency, please read the Guide to Reporting Problems to FDA.

## Remeron SolTab Orally Disintegrating Tablets

All medicines may cause side effects, but many people have no, or minor, side effects. Check with your doctor if any of these most COMMON side effects persist or become bothersome when using Remeron SolTab Orally Disintegrating Tablets:

*[handwritten: continue page 33]*

Abnormal dreams; abnormal thinking; constipation; dizziness; drowsiness; dry mouth; flu symptoms; increased appetite; weakness; weight gain.

Seek medical attention right away if any of these SEVERE side effects occur when using Remeron SolTab Orally Disintegrating Tablets:

Severe allergic reactions (rash; hives; itching; difficulty breathing; tightness in the chest; swelling of the mouth, face, lips, or tongue); mouth sores; new or worsening agitation, panic attacks, aggressiveness, impulsiveness, irritability, hostility, exaggerated feeling of well-being, trouble sleeping, restlessness, or inability to sit still; red, swollen, blistered, or peeling skin; seizures; severe headache or dizziness; sluggishness; suicidal thoughts or actions; symptoms of infection (eg, fever, chills, sore throat); tremors; unusual or severe mental or mood changes; worsening of depression.

This is not a complete list of all side effects that may occur. If you have questions about side effects, contact your health care provider. Call your doctor for medical advice about side effects. To report side effects to the appropriate agency, please read the Guide to Reporting Problems to FDA.

Top

# Remeron Side Effects - for the Professional

## Remeron

### Associated with Discontinuation of Treatment

Approximately 16% of the 453 patients who received Remeron® (mirtazapine) Tablets in US 6-week controlled clinical trials discontinued treatment due to an adverse experience, compared to 7% of the 361 placebo-treated patients in those studies. The most common events (≥1%) associated with discontinuation and considered to be drug related (i.e., those events associated with dropout at a rate at least twice that of placebo) included:

Common Adverse Events Associated with Discontinuation of Treatment in 6-Week US Remeron Trials

| Adverse Event | Percentage of Patients Discontinuing with Adverse Event | |
| --- | --- | --- |
| | Remeron (n=453) | Placebo (n=361) |
| Somnolence | 10.4% | 2.2% |
| Nausea | 1.5% | 0% |

### Commonly Observed Adverse Events in US Controlled Clinical Trials

The most commonly observed adverse events associated with the use of Remeron (mirtazapine) Tablets (incidence of 5% or greater) and not observed at an equivalent incidence among placebo-treated patients (Remeron incidence at least twice that for placebo) were:

Common Treatment-Emergent Adverse Events Associated with the Use of Remeron in 6-Week US Trials

| Adverse Event | Percentage of Patients Reporting Adverse Event | |
| --- | --- | --- |
| | Remeron (n=453) | Placebo (n=361) |
| Somnolence | 54% | 18% |
| Increased Appetite | 17% | 2% |
| Weight Gain | 12% | 2% |
| Dizziness | 7% | 3% |

### Adverse Events Occurring at an Incidence of 1% or More Among Remeron-Treated Patients

The table that follows enumerates adverse events that occurred at an incidence of 1% or more, and were more frequent than in the placebo group, among Remeron (mirtazapine) Tablets-treated patients who participated in

short-term US placebo-controlled trials in which patients were dosed in a range of 5 to 60 mg/day. This table shows the percentage of patients in each group who had at least 1 episode of an event at some time during their treatment. Reported adverse events were classified using a standard COSTART-based dictionary terminology.

The prescriber should be aware that these figures cannot be used to predict the incidence of side effects in the course of usual medical practice where patient characteristics and other factors differ from those which prevailed in the clinical trials. Similarly, the cited frequencies cannot be compared with figures obtained from other investigations involving different treatments, uses, and investigators. The cited figures, however, do provide the prescribing physician with some basis for estimating the relative contribution of drug and nondrug factors to the side-effect incidence rate in the population studied.

INCIDENCE OF ADVERSE CLINICAL EXPERIENCES* (≥1%) IN SHORT-TERM US
CONTROLLED STUDIES

| Body System Adverse Clinical Experience | Remeron (n=453) | Placebo (n=361) |
|---|---|---|
| Body as a Whole | | |
| Asthenia | 8% | 5% |
| Flu Syndrome | 5% | 3% |
| Back Pain | 2% | 1% |
| Digestive System | | |
| Dry Mouth | 25% | 15% |
| Increased Appetite | 17% | 2% |
| Constipation | 13% | 7% |
| Metabolic and Nutritional Disorders | | |
| Weight Gain | 12% | 2% |
| Peripheral Edema | 2% | 1% |
| Edema | 1% | 0% |
| Musculoskeletal System | | |
| Myalgia | 2% | 1% |
| Nervous System | | |
| Somnolence | 54% | 18% |
| Dizziness | 7% | 3% |
| Abnormal Dreams | 4% | 1% |
| Thinking Abnormal | 3% | 1% |
| Tremor | 2% | 1% |
| Confusion | 2% | 0% |
| Respiratory System | | |
| Dyspnea | 1% | 0% |
| Urogenital System | | |
| Urinary Frequency | 2% | 1% |

*
Events reported by at least 1% of patients treated with Remeron are included, except the following events which had an incidence on placebo greater than or equal to Remeron: headache, infection, pain, chest pain, palpitation, tachycardia, postural hypotension, nausea, dyspepsia, diarrhea, flatulence, insomnia, nervousness, libido decreased, hypertonia, pharyngitis, rhinitis, sweating, amblyopia, tinnitus, taste perversion.

## ECG Changes

The electrocardiograms for 338 patients who received Remeron (mirtazapine) Tablets and 261 patients who received placebo in 6-week, placebo-controlled trials were analyzed. Prolongation in QTc ≥500 msec was not

observed among mirtazapine-treated patients; mean change in QTc was +1.6 msec for mirtazapine and −3.1 msec for placebo. Mirtazapine was associated with a mean increase in heart rate of 3.4 bpm, compared to 0.8 bpm for placebo. The clinical significance of these changes is unknown.

**Other Adverse Events Observed During the Premarketing Evaluation of Remeron**

During its premarketing assessment, multiple doses of Remeron (mirtazapine) Tablets were administered to 2796 patients in clinical studies. The conditions and duration of exposure to mirtazapine varied greatly, and included (in overlapping categories) open and double-blind studies, uncontrolled and controlled studies, inpatient and outpatient studies, fixed-dose and titration studies. Untoward events associated with this exposure were recorded by clinical investigators using terminology of their own choosing. Consequently, it is not possible to provide a meaningful estimate of the proportion of individuals experiencing adverse events without first grouping similar types of untoward events into a smaller number of standardized event categories.

In the tabulations that follow, reported adverse events were classified using a standard COSTART-based dictionary terminology. The frequencies presented, therefore, represent the proportion of the 2796 patients exposed to multiple doses of Remeron who experienced an event of the type cited on at least 1 occasion while receiving Remeron. All reported events are included except those already listed in the previous table, those adverse experiences subsumed under COSTART terms that are either overly general or excessively specific so as to be uninformative, and those events for which a drug cause was very remote. It is important to emphasize that, although the events reported occurred during treatment with Remeron, they were not necessarily caused by it.

Events are further categorized by body system and listed in order of decreasing frequency according to the following definitions: frequent adverse events are those occurring on 1 or more occasions in at least 1/100 patients; infrequent adverse events are those occurring in 1/100 to 1/1000 patients; rare events are those occurring in fewer than 1/1000 patients. Only those events not already listed in the previous table appear in this listing. Events of major clinical importance are also described in the WARNINGS and PRECAUTIONS sections.

Body as a Whole: frequent: malaise, abdominal pain, abdominal syndrome acute; infrequent: chills, fever, face edema, ulcer, photosensitivity reaction, neck rigidity, neck pain, abdomen enlarged; rare: cellulitis, chest pain substernal.

Cardiovascular System: frequent: hypertension, vasodilatation; infrequent: angina pectoris, myocardial infarction, bradycardia, ventricular extrasystoles, syncope, migraine, hypotension; rare: atrial arrhythmia, bigeminy, vascular headache, pulmonary embolus, cerebral ischemia, cardiomegaly, phlebitis, left heart failure.

Digestive System: frequent: vomiting, anorexia; infrequent: eructation, glossitis, cholecystitis, nausea and vomiting, gum hemorrhage, stomatitis, colitis, liver function tests abnormal; rare: tongue discoloration, ulcerative stomatitis, salivary gland enlargement, increased salivation, intestinal obstruction, pancreatitis, aphthous stomatitis, cirrhosis of liver, gastritis, gastroenteritis, oral moniliasis, tongue edema.

Endocrine System: rare: goiter, hypothyroidism.

Hemic and Lymphatic System: rare: lymphadenopathy, leukopenia, petechia, anemia, thrombocytopenia, lymphocytosis, pancytopenia.

Metabolic and Nutritional Disorders: frequent: thirst; infrequent: dehydration, weight loss; rare: gout, SGOT increased, healing abnormal, acid phosphatase increased, SGPT increased, diabetes mellitus, hyponatremia.

Musculoskeletal System: frequent: myasthenia, arthralgia; infrequent: arthritis, tenosynovitis; rare: pathologic fracture, osteoporosis fracture, bone pain, myositis, tendon rupture, arthrosis, bursitis.

Nervous System: frequent: hypesthesia, apathy, depression, hypokinesia, vertigo, twitching, agitation, anxiety, amnesia, hyperkinesia, paresthesia; infrequent: ataxia, delirium, delusions, depersonalization, dyskinesia, extrapyramidal syndrome, libido increased, coordination abnormal, dysarthria, hallucinations, manic reaction, neurosis, dystonia, hostility, reflexes increased, emotional lability, euphoria, paranoid reaction; rare: aphasia, nystagmus, akathisia (psychomotor restlessness), stupor, dementia, diplopia, drug dependence, paralysis, grand mal convulsion, hypotonia, myoclonus, psychotic depression, withdrawal syndrome, serotonin syndrome.

Respiratory System: frequent: cough increased, sinusitis; infrequent: epistaxis, bronchitis, asthma, pneumonia; rare: asphyxia, laryngitis, pneumothorax, hiccup.

Skin and Appendages: frequent: pruritus, rash; infrequent: acne, exfoliative dermatitis, dry skin, herpes simplex, alopecia; rare: urticaria, herpes zoster, skin hypertrophy, seborrhea, skin ulcer.

Special Senses: infrequent: eye pain, abnormality of accommodation, conjunctivitis, deafness, keratoconjunctivitis, lacrimation disorder, glaucoma, hyperacusis, ear pain; rare: blepharitis, partial transitory deafness, otitis media, taste loss, parosmia.

Urogenital System: frequent: urinary tract infection; infrequent: kidney calculus, cystitis, dysuria, urinary incontinence, urinary retention, vaginitis, hematuria, breast pain, amenorrhea, dysmenorrhea, leukorrhea, impotence; rare: polyuria, urethritis, metrorrhagia, menorrhagia, abnormal ejaculation, breast engorgement, breast enlargement, urinary urgency.

**Other Adverse Events Observed During Postmarketing Evaluation of Remeron**

Adverse events reported since market introduction, which were temporally (but not necessarily causally) related to mirtazapine therapy, include 4 cases of the ventricular arrhythmia torsades de pointes. In 3 of the 4 cases, however, concomitant drugs were implicated. All patients recovered.

Cases of severe skin reactions, including Stevens-Johnson Syndrome, bullous dermatitis, erythema multiforme and toxic epidermal necrolysis have also been reported.

Top

# Side Effects by Body System - for Healthcare Professionals

## Nervous system

Although the exact incidence has not been reported, paresthesia appears to be a relatively common side effect of mirtazapine. Patients typically experience paresthesia in the extremities or generalized in the body. However, several cases of oral paresthesia associated with the orally disintegrating tablet have been reported. Patients have described a sensation of swelling in the mouth, numbness, and anesthesia. The symptoms occur shortly after ingestion and resolve after a few hours.

Nearly all selective serotonin reuptake inhibitors, mixed serotonin/norepinephrine reuptake inhibitors, and tricyclic antidepressants cause sleep abnormalities to some extent. These antidepressants have marked dose-dependent effects on rapid eye movement (REM) sleep, causing reductions in the overall amount of REM sleep over the night and delays the first entry into REM sleep (increased REM sleep onset latency (ROL)), both in healthy subjects and depressed patients. The antidepressants that increase serotonin function appear to have the greatest effect on REM sleep. The reduction in REM sleep is greatest early in treatment, but gradually returns towards baseline during long-term therapy; however, ROL remains long. Following discontinuation of therapy the amount of REM sleep tends to rebound. Some of these drugs (i.e., bupropion, mirtazapine, nefazodone, trazodone, trimipramine) appear to have a modest or minimal effect on REM sleep.

Nervous system side effects including somnolence (56%), headache (12%), dizziness (7% to 12%), insomnia (8%), abnormal dreams (4%), abnormal thinking (3%), confusion (2%), tremor (2%), sleep abnormalities, and paresthesia have been reported. Activation of mania and seizures have occurred rarely. One case of seizures, one case of akathisia, and one patient with a transient ischemic attack have also been reported.

## Gastrointestinal

Gastrointestinal side effects including dry mouth (25%), increased appetite (17%), and constipation (13%) have been reported. Other reported gastrointestinal adverse effects have included diarrhea (9%), nausea (4%), vomiting, anorexia, cholecystitis, glossitis, and colitis. One case of subclinical pancreatitis has also been reported.

## Metabolic

Metabolic side effects have been reported. Nonfasting triglyceride increases to greater than 20% above the normal upper limits have been reported in 15% of patients receiving mirtazapine in clinical trials. Weight gain has been reported in 12% of patients. Less frequently reported were peripheral edema (2%), thirst, and weight loss. In one small study, mirtazapine appeared to improve glucose tolerance by reducing cortisol secretion.

*[exhibit 12] continue page 37*

## Musculoskeletal

Musculoskeletal side effects including myalgia, arthralgia (2.4%), and myasthenia have been reported in less than 2% of patients receiving mirtazapine.

Numerous cases of mirtazapine- induced arthralgia have been reported. Symptoms tend to appear within 2 to 22 days of starting mirtazapine and resolve shortly after discontinuation of treatment.

## Hepatic

Hepatic side effects including liver function test abnormalities (primarily ALT (SGPT) elevations greater than three times normal concentrations) have been reported in 2% of patients receiving mirtazapine. Patients typically did not develop signs or symptoms of hepatic dysfunction

A case of mirtazapine- associated, dose-dependent asymptomatic elevation of liver enzymes has been reported. In this patient, elevated liver enzymes were discovered 3 months after starting mirtazapine (30 mg/day) and following a dose reduction (15 mg/day) liver enzymes decreased, but remained above normal. Liver enzymes returned to normal 2 months after discontinuation of mirtazapine.

## Respiratory

Respiratory side effects including dyspnea (1%) have been reported.

## Cardiovascular

Cardiovascular side effects including hypertension, vasodilation, angina pectoris, bradycardia, and ventricular extrasystoles have been reported infrequently.

Tachycardia, palpitation, chest pain, and postural hypotension were reported by at least 1% of patients in clinical trials, however, the incidence was less than that of placebo. ECG changes were also noted in 3% of patients. The incidence was similar to that of placebo and the changes were not considered clinically significant.

## Hematologic

Coagulopathy (i.e., ecchymosis) developed in a patient three days after initiating mirtazapine therapy (30 mg/day). Following discontinuation of mirtazapine, prothrombin time, activated partial thromboplastin time, and international normalized ratio returned to normal and symptoms of ecchymosis disappeared.

Hematologic and lymphatic side effects such as lymphadenopathy, leukopenia, anemia, petechiae, thrombocytopenia, lymphocytosis, and pancytopenia have been reported but are uncommon. Agranulocytosis occurred in two patients and neutropenia in one patient during premarketing clinical trials. One case of coagulopathy has been reported.

## Dermatologic

Dermatologic side effects including pruritus, rash, acne, dry skin, and alopecia have been reported infrequently. Postmarketing cases of severe skin reactions, including Stevens-Johnson Syndrome, bullous dermatitis, erythema multiforme and toxic epidermal necrolysis have also been reported.

## General

General side effects have included asthenia (8%), flu syndrome (5%), and back pain (2%).

## Ocular

Ocular side effects including eye pain, abnormality of accommodation, conjunctivitis, lacrimation, and glaucoma have been reported infrequently. A case of palinopsia has also been recorded.

[exhibit 13]
continue
page 39


Drug Information Online

# Drugs.com

Close  Print this page

Home › Drugs by Condition › D › Depression › **Trazodone** › Side Effects

# Trazodone Side Effects

**Brand Names:** *Desyrel, Oleptro*

Please note - some side effects for Trazodone may not be reported. Always consult your doctor or healthcare specialist for medical advice. You may also report side effects to the FDA.

## Side Effects of Trazodone - for the Consumer

### Trazodone

All medicines may cause side effects, but many people have no, or minor, side effects. Check with your doctor if any of these most COMMON side effects persist or become bothersome when using Trazodone:

> Blurred vision; constipation; decreased sexual desire or ability; diarrhea; dizziness; drowsiness; dry mouth; headache; lightheadedness when sitting up or standing; muscle aches or pains; nausea; nervousness; stomach pain; stuffy nose; tiredness.

Seek medical attention right away if any of these SEVERE side effects occur when using Trazodone:

> Severe allergic reactions (rash; hives; itching; difficulty breathing; tightness in the chest; swelling of the mouth, face, lips, or tongue); black, tarry, or bloody stools; bloody or dark urine; chest pain; decreased coordination; fainting; fever, chills, or sore throat; hallucinations; irregular heartbeat; new or worsening agitation, anxiety, depression, panic attacks, aggressiveness, impulsiveness, irritability, hostility, exaggerated feeling of well-being, restlessness, trouble sleeping, or inability to sit still; prolonged, inappropriate, or painful erections; seizures; severe or persistent dizziness or tiredness; shortness of breath; speech problems; suicidal thoughts or actions; swelling of the hands, ankles, or feet; symptoms of low blood sodium levels (eg, confusion, persistent headache, trouble concentrating, memory problems, weakness, unsteadiness, sluggishness, personality changes); tremor; unusual bruising or bleeding; unusual weight changes; vomit that looks like coffee grounds; yellowing of the eyes or skin.

This is not a complete list of all side effects that may occur. If you have questions about side effects, contact your health care provider. Call your doctor for medical advice about side effects. To report side effects to the appropriate agency, please read the Guide to Reporting Problems to FDA.

### Trazodone Extended-Release Tablets

All medicines may cause side effects, but many people have no, or minor, side effects. Check with your doctor if any of these most COMMON side effects persist or become bothersome when using Trazodone Extended-Release Tablets:

> Blurred vision; constipation; decreased sexual desire or ability; dizziness; drowsiness; dry mouth; headache; lightheadedness when sitting up or standing; nausea; tiredness.

*Exhibit B*
*Continue page 40*

Seek medical attention right away if any of these SEVERE side effects occur when using Trazodone Extended-Release Tablets:

> Severe allergic reactions (rash; hives; itching; difficulty breathing; tightness in the chest; swelling of the mouth, face, lips, or tongue); black, tarry, or bloody stools; chest pain; decreased coordination; fainting; hallucinations; irregular heartbeat; new or worsening agitation, anxiety, panic attacks, aggressiveness, impulsiveness, irritability, hostility, exaggerated feeling of well-being, restlessness, trouble sleeping, or inability to sit still; prolonged, painful erection; seizures; severe or persistent dizziness; shortness of breath; suicidal thoughts or actions; swelling of the hands, ankles, or feet; symptoms of low blood sodium levels (eg, confusion, persistent headache, trouble concentrating, memory problems, weakness, unsteadiness, sluggishness, personality changes); tremor; unusual bruising or bleeding; vomit that looks like coffee grounds; worsening depression.

This is not a complete list of all side effects that may occur. If you have questions about side effects, contact your health care provider. Call your doctor for medical advice about side effects. To report side effects to the appropriate agency, please read the Guide to Reporting Problems to FDA.

Top

## Trazodone Side Effects - for the Professional

### Trazodone

Because the frequency of adverse drug effects is affected by diverse factors (e.g., drug dose, method of detection, physician judgment, disease under treatment, etc.) a single meaningful estimate of adverse event incidence is difficult to obtain. This problem is illustrated by the variation in adverse event incidence observed and reported from the inpatients and outpatients treated with Trazodone. It is impossible to determine precisely what accounts for the differences observed.

Clinical Trial Reports

The table below is presented solely to indicate the relative frequency of adverse events reported in representative controlled clinical studies conducted to evaluate the safety and efficacy of Trazodone hydrochloride.

The figures cited cannot be used to predict concisely the incidence of untoward events in the course of usual medical practice where patient characteristics and other factors often differ from those which prevailed in the clinical trials. These incidence figures, also, cannot be compared with those obtained from other clinical studies involving related drug products and placebo as each group of drug trials is conducted under a different set of conditions.

| | Treatment-Emergent Symptom Incidence | | | |
| | Inpts. | | Outpts. | |
| | T | P | T | P |
| Number of Patients | 142 | 95 | 157 | 158 |
| % of Patients Reporting | | | | |
| Allergic | | | | |
| Skin Condition/Edema | 2.8 | 1.1 | 7.0 | 1.3 |
| Autonomic | | | | |
| Blurred Vision | 6.3 | 4.2 | 14.7 | 3.8 |
| Constipation | 7.0 | 4.2 | 7.6 | 5.7 |
| Dry Mouth | 14.8 | 8.4 | 33.8 | 20.3 |
| Cardiovascular | | | | |

\*
  Incidence less than 1%.

| | | | |
|---|---|---|---|
| Hypertension | 2.1 | 1.1 | 1.3 | * |
| Hypotension | 7.0 | 1.1 | 3.8 | 0.0 |
| Shortness of Breath | * | 1.1 | 1.3 | 0.0 |
| Syncope | 2.8 | 2.1 | 4.5 | 1.3 |
| Tachycardia/Palpitations | 0.0 | 0.0 | 7.0 | 7.0 |
| CNS | | | | |
| Anger/Hostility | 3.5 | 6.3 | 1.3 | 2.5 |
| Confusion | 4.9 | 0.0 | 5.7 | 7.6 |
| Decreased Concentration | 2.8 | 2.1 | 1.3 | 0.0 |
| Disorientation | 2.1 | 0.0 | * | 0.0 |
| Dizziness/Lightheadedness | 19.7 | 5.3 | 28.0 | 15.2 |
| Drowsiness | 23.9 | 6.3 | 40.8 | 19.6 |
| Excitement | 1.4 | 1.1 | 5.1 | 5.7 |
| Fatigue | 11.3 | 4.2 | 5.7 | 2.5 |
| Headache | 9.9 | 5.3 | 19.8 | 15.8 |
| Insomnia | 9.9 | 10.5 | 6.4 | 12.0 |
| Impaired Memory | 1.4 | 0.0 | * | * |
| Nervousness | 14.8 | 10.5 | 6.4 | 8.2 |
| Gastrointestinal | | | | |
| Abdominal/Gastric Disorder | 3.5 | 4.2 | 5.7 | 4.4 |
| Bad Taste in Mouth | 1.4 | 0.0 | 0.0 | 0.0 |
| Diarrhea | 0.0 | 1.1 | 4.5 | 1.9 |
| Nausea/Vomiting | 9.9 | 1.1 | 12.7 | 9.5 |
| Musculoskeletal | | | | |
| Musculoskeletal Aches/Pains | 5.6 | 3.2 | 5.1 | 2.5 |
| Neurological | | | | |
| Incoordination | 4.9 | 0.0 | 1.9 | 0.0 |
| Paresthesia | 1.4 | 0.0 | 0.0 | * |
| Tremors | 2.8 | 1.1 | 5.1 | 3.8 |
| Sexual Function | | | | |
| Decreased Libido | * | 1.1 | 1.3 | * |
| Other | | | | |
| Decreased Appetite | 3.5 | 5.3 | 0.0 | * |
| Eyes Red/Tired/Itching | 2.8 | 0.0 | 0.0 | 0.0 |
| Head Full-Heavy | 2.8 | 0.0 | 0.0 | 0.0 |
| Malaise | 2.8 | 0.0 | 0.0 | 0.0 |
| Nasal/Sinus Congestion | 2.8 | 0.0 | 5.7 | 3.2 |
| Nightmares/Vivid Dreams | * | 1.1 | 5.1 | 5.7 |
| Sweating/Clamminess | 1.4 | 1.1 | * | * |
| Tinnitus | 1.4 | 0.0 | 0.0 | * |
| Weight Gain | 1.4 | 0.0 | 4.5 | 1.9 |
| Weight Loss | * | 3.2 | 5.7 | 2.5 |

*

     Incidence less than 1%.

T = Trazodone Hydrochloride

P = Placebo

*(handwritten: exhibit 1 continue    page 42)*

Occasional sinus bradycardia has occurred in long-term studies.

In addition to the relatively common (i.e., greater than 1%) untoward events enumerated above, the following adverse events have been reported to occur in association with the use of Trazodone hydrochloride in the controlled clinical studies: akathisia, allergic reaction, anemia, chest pain, delayed urine flow, early menses, flatulence, hallucinations/delusions, hematuria, hypersalivation, hypomania, impaired speech, impotence, increased appetite, increased libido, increased urinary frequency, missed periods, muscle twitches, numbness, and retrograde ejaculation.

Postintroduction Reports

Although the following adverse reactions have been reported in Trazodone users, the causal association has neither been confirmed nor refuted.

Voluntary reports received since market introduction include the following: abnormal dreams, agitation, alopecia, anxiety, aphasia, apnea, ataxia, breast enlargement or engorgement, cardiospasm, cerebrovascular accident, chills, cholestasis, clitorism, congestive heart failure, diplopia, edema, extrapyramidal symptoms, grand mal seizures, hallucinations, hemolytic anemia, hirsutism, hyperbilirubinemia, increased amylase, increased salivation, insomnia, leukocytosis, leukonychia, jaundice, lactation, liver enzyme alterations, methemoglobinemia, nausea/vomiting (most frequently), paresthesia, paranoid reaction, priapism, pruritus, psoriasis, psychosis, rash, stupor, inappropriate ADH syndrome, tardive dyskinesia, unexplained death, urinary incontinence, urinary retention, urticaria, vasodilation, vertigo, and weakness.

Cardiovascular system effects which have been reported include the following: conduction block, orthostatic hypotension and syncope, palpitations, bradycardia, atrial fibrillation, myocardial infarction, cardiac arrest, arrhythmia, and ventricular ectopic activity, including ventricular tachycardia.

Top

# Side Effects by Body System - for Healthcare Professionals

## Nervous system

Nervous system side effects are common and include drowsiness and sedation in as many as 50% of treated patients. Dizziness (10% to 30%), sleep abnormalities, headache, fatigue and, more rarely, seizures, dystonia, akathisia, myoclonus, palinopsia (persistence or reappearance of an image of a recently viewed object), and extrapyramidal symptoms have been reported. One case of serotonin syndrome has been reported which is believed to have been precipitated by the combination of venlafaxine and trazodone.

Nearly all selective serotonin reuptake inhibitors, mixed serotonin/norepinephrine reuptake inhibitors, and tricyclic antidepressants cause sleep abnormalities to some extent. These antidepressants have marked dose-dependent effects on rapid eye movement (REM) sleep, causing reductions in the overall amount of REM sleep over the night and delays the first entry into REM sleep (increased REM sleep onset latency (ROL)), both in healthy subjects and depressed patients. The antidepressants that increase serotonin function appear to have the greatest effect on REM sleep. The reduction in REM sleep is greatest early in treatment, but gradually returns towards baseline during long-term therapy; however, ROL remains long. Following discontinuation of therapy the amount of REM sleep tends to rebound. Some of these drugs (i.e., bupropion, mirtazapine, nefazodone, trazodone, trimipramine) appear to have a modest or minimal effect on REM sleep.

## Psychiatric

Psychiatric side effects have been reported and include mania, paranoia, hypomania (during and following therapy), increased libido, delirium, agitation, psychosis, hallucinations and self- destructive behavior.

## Cardiovascular

Cardiovascular side effects including arrhythmias, hypotension, peripheral edema, postural hypotension, ventricular ectopy, ventricular tachycardia, torsades de pointes, rapid atrial fibrillation, heart block, and other conduction abnormalities have been reported.

Case: 1:12-cv-03840 Document #: 1 Filed: 05/17/12 Page 49 of 107 PageID #:49

*exhibit 3 (part) page 43*

Some investigators have suggested that trazodone exerts fewer adverse cardiovascular effects than many other antidepressants.

## Genitourinary

Genitourinary side effects including priapism, clitoral priapism, ejaculatory inhibition, and anorgasmia have been reported.

Priapism has been rarely reported (0.01% to 0.1%). Priapism has occurred with doses of 50 to 150 mg daily and typically within the first 28 days of treatment. Approximately one-third of affected individuals have required surgical intervention. It has been suggested that trazodone's alpha-adrenergic blocking properties may contribute to the induction of priapism.

One case of spontaneous orgasms in an elderly postmenopausal woman has also been reported.

## Other

Anticholinergic (and possibly alpha-adrenergic blocking) side effects have been reported, although much less frequently than with many other antidepressants. The effects reported include dry mouth, blurred vision, constipation, and urinary retention.

## Hepatic

Hepatic side effects including cases of chronic active hepatitis and drug-induced hepatotoxicity have been reported rarely.

One case of severe hepatotoxicity followed a four day course of trazodone therapy.

## Dermatologic

Dermatologic side effects including erythema multiforme, leukocytoclastic vasculitis, pustular psoriasis, drug eruptions, and acute peripheral edema have been reported rarely.

## Hematologic

Hematologic side effects have included alterations in laboratory studies such as significant decreases in hematocrit, hemoglobin, red blood cell count, serum cholesterol, serum calcium, and serum albumin levels. Pseudoanemia (laboratory findings suggestive of anemia without pathologic significance) has been reported in 36% of treated patients.

## Endocrine

Endocrine side effects have included hyperprolactinemia and hyponatremia (in association with the syndrome of inappropriate secretion of antidiuretic hormone).

## Gastrointestinal

Gastrointestinal side effects have included dry mouth (up to 34%) and constipation.

Top
**Disclaimer:** Every effort has been made to ensure that the information provided is accurate, up-to-date, and complete, but no guarantee is made to that effect. In addition, the drug information contained herein may be time sensitive and should not be utilized as a reference resource beyond the date hereof. This information does not endorse drugs, diagnose patients, or recommend therapy. This drug information is a reference resource designed as supplement to, and not a substitute for, the expertise, skill , knowledge, and judgement of healthcare practitioners in patient care. The absence of a warning for a given drug or drug combination in no way should be construed to indicate that the drug of drug combination is safe, effective, or appropriate for any given patient. Drugs.com does not assume any responsibility for any aspect of healthcare administered with the aid of information provided. The information contained herein is not intended to cover all possible uses,

*(exhibit 14)*
*Continue pag 45*

## STATEVILLE CORRECTIONAL CENTER
### Notification Of Appointment to HCU

Name _BOYCE_                                                    Page# _____

Cell# _E522_    Time to Report _3:40_    Number _R52162_    Date _2-14-12_

Assignment _____

| | | | |
|---|---|---|---|
| __ Lab | __ X-Ray | __ Dietician | __ Seizure Clinic |
| __ E.R. | __ OPHTH | __ Infirm Adm | __ Diabetic Clinic | __ Other |
| __ P.T. | __ ORTHO | __ M.D. in E.R. | __ Hypertensive Clinic |
| __ OPT | __ Dental | __ Asthma Clinic | __ Infec. Control Nurse |
| __ POD | __ Physicals | __ Surgery Clinic | X Mental Health |

_Kelly_

Colvin by
C/o M. Mc
#2646
on 2-15-2
February 15, 1

Special Instructions:

__ NPO -(Nothing By Mouth After 12:00 Midnight)

__ I Accept This Pass _____

                         Inmate Signature

__ I Refuse This Assignment _____

                         Inmate Signature

If you are on a psychotropic medication, This will be discontinued or
Tapered off.  If you do not come to your next scheduled appointment.

__ Reason for Refusal _____

Witness _____

                         CMT Signature

** If You fail to keep this appointment (NO SHOW) you will have to  **
            Re-schedule your own appointment thru the CMT.

__ No Show _____

Attempts to deliver this pass made at the following times:

P.N.'S _____

            _____ Reason not delivered _____

Midnights _____

            _____ Reason Not delivered _____

__ R.N. Notified of inability to deliver Pass
Signature of CMT _____
Signature of R.N. _____    P.M. _____    M.N. _____
                            P.M. _____    M.N. _____    A.

Time inmate departed Assignment _____
TIME Inmate Arrived at HCU _____
Time Inmate departed HCU _____
Time Inmate Arrived Assignment _____

IL 426- DCA 2234  Revised 04/93

*REXHIBIT* *CONTINUE* *PAGE 46*

STATEVILLE CORRECTIONAL CENTER
Notification Of Appointment to HCU

Page#_____

Name _Boyce_____ Number __R52162__ Date _2-28-12_

Cell# _K122_ Time to Report __1:40__ Assignment_____

| | | | | |
|---|---|---|---|---|
| __ Lab | __ X-Ray | __ Dietician | _X_ Seizure Clinic | __ Other |
| __ E.R. | __ OPHTH | __ Infirm Adm | __ Diabetic Clinic | |
| __ P.T. | __ ORTHO | __ M.D. in E.R. | __ Hypertensive Clinic | |
| __ OPT | _ Dental | __ Asthma Clinic | __ Infec. Control Nurse | |
| __ POD | __ Physicals | __ Surgery Clinic | _X_ Mental Health _Kelly_ | |

Special Instructions:

__ NPO -(Nothing By Mouth After 12:00 Midnight)

_____
_____

__ I Accept This Pass_____
                        Inmate Signature

__ I Refuse This Assignment _____
                        Inmate Signature
If you are on a psychotropic medication, This will be discontinued or
Tapered off.  If you do not come to your next scheduled appointment.

__ Reason for Refusal_____

__ Witness_____
                        CMT Signature

** If You fail to keep this appointment (NO SHOW) you will have to  **
        Re-schedule your own appointment thru the CMT.

__ No Show_____

Attempts to deliver this pass made at the following times:

P.N.'S_____ Reason not delivered_____

Midnights_____ Reason Not delivered _____

__ I.N. Notified of inability to deliver Pass
Signature of CMT_____ P.M._____ M.N._____ A.M.
Signature of R.N._____ P.M._____ M.N._____ A.M.

Time inmate departed Assignment_____ Officer_____
TIME Inmate arrived at HCU        _____ Officer_____
Time Inmate departed HCU         _____ Officer_____
Time Inmate Arrived Assignment_____ Officer_____

IL 426- DCA 2234  Revised 04/93

White-- Inmate
Yellow--Provider

*[handwritten: page 4/7]*
*[handwritten: [exhibit 14] continue]*
*[handwritten: K. Miller #5416 received on 2/24/12]*

STATEVILLE CORRECTIONAL CENTER
Notification Of Appointment to HCU                    Page#____

Name **Boyce**          Number **R52162**          Date **2-21-12**

Cell# **E522**    Time to Report **4:70**    Assignment ____

| | | | | |
|---|---|---|---|---|
| __ Lab | __ X-Ray | __ Dietician | __ Seizure Clinic | __ Other |
| __ E.R. | __ OPHTH | __ Infirm Adm | __ Diabetic Clinic | |
| __ P.T. | __ ORTHO | __ M.D. in E.R. | __ Hypertensive Clinic | |
| __ OPT | __ Dental | __ Asthma Clinic | __ Infec. Control Nurse | |
| __ POD | __ Physicals | __ Surgery Clinic | ✓ Mental Health **Kelly** | |

Special Instructions:

__ NPO -(Nothing By Mouth After 12:00 Midnight)

__ I Accept This Pass _____
                          Inmate Signature

__ I Refuse This Assignment _____
                          Inmate Signature
If you are on a psychotropic medication, This will be discontinued or
Tapered off. If you do not come to your next scheduled appointment.

__ Reason for Refusal_____

Witness_____
                          CMT Signature

** If You fail to keep this appointment (NO SHOW) you will have to  **
          Re-schedule your own appointment thru the CMT.

__ No Show

Attempts to deliver this pass made at the following times:

P.N.'S_____ Reason not delivered_____

Midnights_____ Reason Not delivered _____

__ R.N. Notified of inability to deliver Pass
Signature of CMT_____ P.M._____ M.N._____ A.M.____
Signature of R.N._____ P.M._____ M.N._____ A.M.____

'∙ inmate departed Assignment_____ Officer_____
    ∙ate arrived at HCU _____ Officer_____
        departed HCU _____ Officer_____
        '∙ed Assignment_____ Officer_____

' 04/93                              White-- Inmate
                                     Yellow--Provider

(exhibit 15)
continue

page 48

# Judge slams doctor at Stateville

## Prison physician labeled 'walking malpractice action'

**By STEVE SCHMADEKE**
Tribune reporter

A federal judge this week issued a harsh ruling in a court case involving medical treatment at Stateville prison near Joliet, writing that the "obvious conduct" of its medical director at the time "besmirches his medical license."

Judge Milton Shadur noted in a separate case this summer that the number of lawsuits reaching his court — involving prisoner claims against Dr. Partha Ghosh — suggested the physician was a "walking malpractice action" who had spawned a "litigation cottage industry."

The judge's most recent comments came in a case



Stateville inmate John Martinez died in 2008.

involving John Martinez, who is serving a 25-year murder sentence for a 1998 gang-related beating death in Logan Square. Martinez's requests to be seen by a physician after vomiting blood, severe back pain and abdominal pain were turned down for at least two years, records show.

In 2006, Martinez had surgery to treat pain in his lower right back and later

that year sought treatment for symptoms that included severe pain in his lower left back. He alleges Ghosh prescribed pain medication and told staffers to ignore Martinez's other sick-call requests, saying Stateville had already spent enough money on his care.

Ghosh responded to Martinez's requests with a memo saying that Martinez had previously been treated with back surgery, Martinez sued in 2008.

Two grievance officers testified they don't actually review Martinez's appeals as required by Illinois codes, but instead copied verbatim Ghosh's response, according to Shadur's ruling issued Monday. "The injustice in Ghosh's handling of grievances" by the officers "could quality them for classic (play) 'R.U.R,'" he wrote.

"In short, Martinez repeatedly complained that the medical staff refused to treat conditions A and B, while the sole response was that condition C had been adequately treated a year before," Shadur wrote.

It's unclear what medical issues Martinez had. Attorneys involved in the case declined to comment. Ghosh no longer works for the company that provides medical services to Illinois state prisons, court records show.

Shadur made his comments in denying a motion by the Stateville warden and grievance officers to dismiss the case. He noted that while the legal standard is to view evidence in the light most favorable to Martinez, in this case "the bulk of the key evidence" is not debatable.

sschmadeke@tribune.com



*(exhibit 1.5)*

*page 49*

# **Wexford Health**
### SOURCES INCORPORATED

*January 18, 2012*

Mr. Anthony Boyce #R52162
Stateville CC
P.O. Box 112
Joliet, IL 60434

Subject:     <u>Your Recent Letter</u>

Dear Mr. Boyce:

We are in receipt of your recent letter.

We requested review of your care with the facility Site and Regional Medical Directors and consider the care currently being provided, as well as the care previously provided, to be clinically appropriate.

If you have concerns regarding your medical care, please follow the established sick call process and grievance procedure at the facility to get these concerns addressed.

Please be assured that the medical staff at Stateville CC is comprised of qualified and dedicated professionals who are there to assist your medical needs.

Very truly yours,

**Wexford Health Sources, Inc.
Risk Management Department**

(exhibit 16)                    page 50

Greetings Sirs:
    I've wrote you all on a consistant basis in prior situations
concerning prison officials hindering my grievance process while
it's happened again on my grievance concerning prison officials
working in conspiracy with private entities depensing bad meds
anti-depressant drug trazodone,remeron ;the counselor ,grievance
officer,warden at Stateville C.C. are hindering my grievance procedure.
I am sick, my vision is bad. I still can see but its gotten bad from
the bad meds. My eyes hurt sometimes ,troubles swallowing,dizziness My eyes
You know the water here is bad also I have gum disease. Please could
you step in to rectify this grievance problem ,because I can't do
it by myself. My voice is meaningless to I.D.O.C. employees. But
if you all say something they'll run for cover. Thanks for your
time  May God bless you. Oh yeah, I wrote the attorney general,Lisa
Madigan's ofice, about the grievance process being hindered by prison
officials they finally wrote me back November 3,2011. Basically saying
they are not going to do anything about my predicament in so many
words informing me to get a lawyer because they represent the State
employees in so many words.

                    CERTIFICATE OF SERVICE
To: U.S. Department of Justice
     525 West Van Buren St. Suite 600
     Chicago,IL 60607


    Please be advised that on January 25 ,2012. I Anthony Boyce
caused to be mailed the above document to the above named party
by placing it in the internal mailsystem at Stateville Correctional
Center to be mailed via the U.S. Postal service,the postage being
prepaid

                    Signed  A Boyl
                            Anthony Boyce
                            P-52162
                            P.O.BOX 112
                            Joliet,IL 60434

Subscribed and Sworn to before me
this       day of          ,2012.


Notary Public

*( exhibit IM )*
*page 51*
*continue*

# Illinois
# Department of
# Corrections

**Pat Quinn**
Governor

**S. A. Godinez**
Director

1301 Concordia Court • P.O. Box 19277
Springfield IL 62794-9277

**Telephone: (217) 558-2200**
**TDD: (800) 526-0844**

December 19, 2011

Anthony Boyce, R52162
Stateville Correctional Center
P.O. Box 112
Joliet, IL  60434

**Re:**     **Freedom of Information Act Request #111024187**

Dear Mr. Boyce:

This letter is in response to your request to the Illinois Department of Corrections for information pursuant to the Illinois Freedom of Information Act, 5 ILCS 140/1, et seq. You have requested the following documents:

1.     Full name of Officer Stadeker.

Response: This request is denied pursuant to Section 7(1)(e) of the Freedom of Information Act, which provides "Records that relate to or affect the security of correctional institutions and detention facilities." Providing this information may compromise the employees' safety and make it easier for them to be targeted for assault, harassment, enticement, and various other forms of negative behavior. In addition, a release of employee names makes tracking down family members of the employees very easy.

2.     How many lawsuits have been filed on Stateville Correctional Center dental employees in the past three years?

Response: This request is unduly burdensome. Please narrow your request to make it more manageable. Once we receive your refined request, we will be better able to determine if we can provide documents responsive to your request [5 ILCS 140/3(g)].

3.     How many lawsuits have been filed on Stateville Correctional Center mental health employees in the past three years?

Response: This request is unduly burdensome. Please narrow your request to make it more manageable. Once we receive your refined request, we will be better able to determine if we can provide documents responsive to your request [5 ILCS 140/3(g)].

(exhibit 7.7
continue                page 52



# OFFICE OF THE ATTORNEY GENERAL
STATE OF ILLINOIS

February 16, 2012

**Lisa Madigan**
ATTORNEY GENERAL

Mr. Anthony Boyce
R-52162
Stateville Correctional Facility
P.O. Box 112
Joliet, Illinois 60434

RE:    Freedom of Information Act Request
          2012 FOIA 018441

Dear Mr. Boyce:

        This letter is to acknowledge receipt of your request for information pursuant to the Freedom of Information Act (FOIA) (5 ILCS 140/1 *et seq*. (West 2010)).

        In a letter received on February 8, 2012, you submitted a request for nine (9) records. Specifically, you requested copies of records regarding the following:

        (1) "[T]he first initial of phychiatrist [*sic*] Dr Kartan name[;]"

        (2) "Mr. Sergeant Nash first initial to his name[;]"

        (3) "[T]he first initial and full last name of Statevilles eye Doctor in January of 2012[;]"

        (4) "[D]entist Ms Brown first initial to her name[;]"

        (5) "[N]urse Smiths at Stateville I need both their first initials and is that the correct way to spell ther [*sic*] last names the one name I thing Katherine is they way to spell her name[;]

        (6) "Dentist gaag first initial[;]"

        RESPONSE TO REQUESTS (1) through (6): Please be advised that the Office of the Illinois Attorney General does not maintain or possess records responsive to these requests. You may wish to direct your request to:

*(EXHIBIT 45)* page 53

**STATEVILLE CORRECTIONAL CENTER**                    Page#_____
Notification Of Appointment to HCU

Name _BOYCE_          Number _R 52162_          Date _10-28-11_

Call# _E522_   Time to Report _2:40_      Assignment _____

| | | | | |
|---|---|---|---|---|
| __ Lab | __ X-Ray | __ Dietician | __ Seizure Clinic | __ Other |
| __ E.R. | __ OPHTH | __ Infirm Adm | __ Diabetic Clinic | |
| __ P.T. | __ ORTHO | __ M.D. in E.R. | __ Hypertensive Clinic | |
| __ OPT | __ Dental | __ Asthma Clinic | __ Infec. Control Nurse | |
| __ POD | __ Physicals | __ Surgery Clinic | ✓ Mental Health _Betty KARAN_ | |

Special Instructions:

__ NPO -(Nothing By Mouth After 12:00 Midnight)

__ I Accept This Pass _____
                              Inmate Signature

__ I Refuse This Assignment _____
                              Inmate Signature

If you are on a psychotropic medication, This will be discontinued or
Tapered off.  If you do not come to your next scheduled appointment.

__ Reason for Refusal _____

Witness _____
                              CMT Signature

** If You fail to keep this appointment (NO SHOW) you will have to  **
      Re-schedule your own appointment thru the CMT.

__ No Show

Attempts to deliver this pass made at the following times:

P.N.'S _____ Reason not delivered _____

Midnights _____ Reason Not delivered _____

__ R.N. Notified of inability to deliver Pass
Signature of CMT_____ P.M._____ M.N._____ A.M.
Signature of R.N._____ P.M._____ M.N._____ A.M.

Time inmate departed Assignment_____ Officer_____
TIME Inmate Arrived at HCU _____ Officer_____
Time Inmate departed HCU _____ Officer_____
Time Inmate Arrived Assignment_____ Officer_____

IL 426- DCA 2234  Revised 04/93

White-- Inmate
Yellow--Provider

(Exhibit 14) page 54

Greeting Sirs:

I was placed on the Anti-depressant medication by psychiatrist Dr.Kelly whom is a Wexford Health Sources Inc/Stateville C.C. employee. Upon taking the prescription medicine Remeron 15 milligram pill I noticed a Shift in my vision declining so I informed Dr.Kelly. His response was it was nothing ,so he increased the dosage to 30 milligrams of Remeron which made my vision decline more. I informed Dr.Kelly of my vision decline and migraine headaches. He changed my prescription to 50 milligrams of Trazodone another antidepressant medication. It had the same affect on me my vision, migraine headaches at that time I asked to see an optometrist. Dr.Loris an employee at Stateville C.C. a psychologist wrote medical for me to see Dr.Williams whom is a licensed medical physician Wexford Health Sources Inc/ Stateville C.C. employee was made aware she said she wrote it in my chart to see a eye doctor. So I brought it to Dr.Kelly attention again he increased the dosage on the trazodone from 50 milligrams to 75 milligrams dosage which hurted my vision. I complained. Dr.Kelly was on vacation in the month of October 2011 so Dr.Marten whom is a psychiatrist at Stateville C.C. wrote in my chart in her own writing the antidepressant meds was impairing my vision and she went into an unprofessional tirade. Verbally etc.See grievance attached. So after her referring to Stateville C.C/ Wexford Health Sources acknowledgement of my serious medical need of seeing an eye doctor of the unsafe medication ,and also of my sleep deprivation problems they've expediantly misdiagnosed patients like myself by giving them harmful psych meds instead of actual sleep meds which is clearly a serious medical need because I or anyone else thats human can't function without sleep.

So dispite their knowledge on Nov.7,2011 around eightish on 3 to 11 shift I was pressured by nurse Smith, a wexford Health Sources Inc/Stateville C.C employee to take the 75 milligram pill Trazodone which has caused dmage to my vision making my eyes hurt, migraine headaches. Prior to this letter I've wrote grievances. I wrote the Attorney General of Illinois,Lisa s Madigan's office, Warden Hardy, Mark Hale Ceo of Wexford, Stateville's medical director. Everyone I could possibly think of its been delibarately ignored. You all could have done something you still can. Please help me rectify these issues. This is a violation of the amendable United States constitution delibarate indifference true fair.

certificate of service

To: Roswell Pharmacy Service , 121 Schoolhouse Road,Jennerstown Pa 15547

To:President/Ceo of Roswell Pharmacy Service,Jackie Matalla P.m

To:Roswell Pharmacy Services Chief Administrative Officer,Kathleen Martella

to:Roswell pharmacy services Purchasing manager, Gary Pribozie

To: Mark Hale Ceo of Wexford Health Sources Inc  Dr.T.Carter
     P.O.Box112 Joliet,Il 60434

To: Stateville's Optometrist
To: The head warden of Stateville C.C. Marcus Hardy

    Please be advised that on 11-22 ,2011 the undersigned Anthony Joyce N-52162, caused to be mailed to the above named parties by placing in in the internal mailsystem at Stateville C.C. the outside addresses were to be mailed no the carrier via the U.S. postal service and postage for which was prepaid

Subscribed to and Sworn to before me this                            Signed: A.Bayne

22 day of November ,2011                                              Anthony Joyce
                                                                     N-52162
                                                                     P.O.Box 112
                                                                     Joliet, IL 60434
Notary Public

OFFICIAL SEAL
TYNEER N. BUTLER-WINTERS
Notary Public - State of Illinois
My Commission Expires Jan 20, 2015

(exhibit 20) page 55

Greetings Sirs:

Around 1:00 p.m. on Nov.24,2011 I was present at Stateville C.C. health care unit to see Down for a session with psychiatrist Dr.Kartan whom is a Wexford Health Sources/Stateville C.C. employee. Just prior to the day in question I've informed Dr.Kartan that the antidepressant medicine trazodone,remeron had impaired my vision ,swollen jim, dizziness,migraine headaches she still insisted I take the medication despite the medical staffs knowledge of my medical condition surrounding the faulty meds. Dr.Kartan went on to say it was the drug from my diarrhea causing the blurred vision the drug Bentyl 20 mg tab. Trying to deploy blame with a false accusation when my vision became impaired I wasn't taking the drug Bentyl yet. Please start warning prisoners about the dangerous side affects of meds before hand and please stop issuing out hazardous meds to cut costs. Please stop pressuring me to take the antidepressant meds you all can do something if you want to. I am in pain I ask that you all notify the manufacturers of the drug Remeron,trazodone to stop selling them particular drugs.

CERTIFICATE OF SERVICE

To: Boswell Pharmacy Service ,131 Schoolhouse Road
    Jamnerstown,PA 15547
To: Boswell Pharmacy Services,Chief Administrative Officer, Kathleen Martella

To:Boswell Pharmacy Services Purchasing Manager,Gary Pribozie

To: President/CEO of Boswell pharmacy services ,Jackie Martella R.PH

To:Wexford Health Sources INC. CEO Mark Hale
    425 Holiday Dr.Foster Plaza 2
    Pittsburgh,PA 15220
To:Head Warden of Stateville C.C. Marcus Hardy P.O.BOX 112 Joliet,IL 60434

To: Wexford Health Sources,inc/Stateville C.C. Employees
To: Stateville C.C. Medical Director, L.Carter
To: Medical Dr.L.Williams
To: Psychiatrist Dr.Kartan
To: Psychiatrist Dr.Kelly

Please be advised that on Dele 5, 2011 ,I,Anthony Fovca, caused to be mailed the attached letter to the above named parties by placing it in the internal mailsystem at Stateville C.C. to be mailed via the U.S. Postal service, if necessary,the postage being pre-paid.

I swear under penalty of perjury that the foregoing is true.

S _____
Anthony Fovca K-52162
P.O. Box 112
Joliet, IL 60434

Subscribed and Sworn to before me this
5th day of December ,2011.

Karen Marie Rabideau
Notary Public

KAREN MARIE RABIDEAU
OFFICIAL SEAL
Notary Public, State of Illinois
My Commission Expires
July 29, 2015

exhibit 21

page # 61

Feb 29,12

greetings mark Hale,

Hopefully your fine? My Name is Anthony Boyce Dr Kelly called me crack Babys saying he DiDNt care about my Health that you all will never admit to any wrong Doing this is wrong Dr kelly lied in my medical chart By saying I was a no show But in all reality see Dr kelly Deliberately sent me late hospital passes Denying my Mental Health Services please stop this line of Deliberate inDifference as you know uptown peoples law firm is investigating you all's Bygus Behavior they receive over 100 letters a month from other inmates whome go through this form of mistreatment you can stop this My writs hurts my eyes and head hurts please stop this may gid Bless you

Thanks

(exhiBit 22) page 57
Jun 3, 12

Greeting Dr Carter
My Name is Anthony Boyce R-52162
E-522 the Nurse that works under
your Direction forced me to take trazoDone
She Knows its caused me Blurred
Vision miggaine Head aches Dizziness
upon standing troubles Swallowing
Short term memory loss when I Decline
to take the medicine she said she
was ~~going~~ goy̲ṉa̲ write me up
a Disciplinary ticket which is
Segregation time My wrist hurts
please help me.
                    Thanks

(exhibit 23) page 58

Greetings MARGARet A HAMBURG DeсemBer 1,11
My Name is Anthony Boyce R-52162,
I am housed in stateville ce Boswell
pharmacy services is stateville's pharmacist
service they're Dispensing harmful medicines
like trazoDone, Remeron antidepressant
meds with No warning labals of the Hazard
side effects my eye's Hurt my Head
Hurts Dizziness upon standing troubles
swallowing short term memory loss as a
Result of the meds listed above you can
stop Boswell pharmacy officials the medical
manufacturers officials of trazoDone, remeron
from selling the meds and if they Don't
stop selling the meds at least put warning
labels on them saying the cause Death
in certain cases etc to give patients
that consome the Drugs a chance to Decide
also could you make Mark Hale ceo
of wexford Health sources stop Doing
whats Being mentioned above also my
god Bless you all at you office,
please notify your underlyings of
my station please write me Back
thanks

(exhibit 24/        page 59
                    Jun 3,12

greetings mr mark Hale

    your Nurse that works under you
Keeps making me take trazopone
Deliberately against my will threatening
Me with Disciplinary tickets if I
Dint take the meds whats Being
Done about this situation you can
stop this please Help me my Name
is Anthony Boyce R-52162

[Exhibit 25] page 60

Greetings Sirs:

As a result of taking the prescription drugs trazodone, remeron my eyes hurt, dizziness, troubles swallowing at times with migraine headaches. Per my investigation manufacturer Organon Inc. you all make the pharmaceutical drug remeron which is an antidepressant medicine. Its true clinical trials have shown your product is hazardous to humans like me but you deliberately still sold the meds to Boswell Pharmacy services whom has a contract with Wexford Health Sources etc. All of you has co-conspirators in disciribing the hazardous meds which are causing injuries and death in some cases in total disregard for federal law this is cruel and unusual punishment etc. The same thing for the pharmaceutical drug trazodone, teva pharmaceutical USA or Warner chilcottine you all make the drug trazodone. Boswell pharmacy service, Wexford Health sources employees you all are in cohoots co-conspirators in breaking federal law by distributing hazardous meds deliberately a nurse at Stateville C.C. spilled the beans to me and an officer signed a statement as a witness on her and the internet side affects say you alls meds are hazardous to humans. Please stop passing out sickness which causes death. I know you all are connected a lawyer told me not to pursue this because of the influence the pharmaceutical manufacturers are made prominent figures he said I was (1) indigent (2) just an inmate (3) I am still trying to pursue justice and I have faith in God. Please stop selling them meds and write me back. Pleasesin a timely manner thanks

Certificate of Service

To: Mark Wals Ceo of Wexford Health Sources Inc
425 Holiday Dr. Foster Plaza 2
Pittsburgh PA 15220

To: Head Warden of Stateville C.C. Marcus Uberd PO Box 112 Joliet, IL 60434

To: Organon Inc. manufacturers
361 Livingston Ave
Rowland NJ 07068

To: Teva Pharmaceuticals USA
650 Cathill Road
Sellersville PA 18960

To: Warner Chilcottine
182 Tabor Road
Morris Plains NJ 07950

To: Boswell Pharmacy Services 121 _____ road _____ PA 15547
To: Boswell Pharmacy services CEO/president Jackie Martella R.PH
To: Boswell Pharmacy services Chief Administrative Officer, Kathleen Martella
To: Boswell Pharmacy Services purchasing manager Gary Pribozie

Please be advised that on _____ I, Anthony Boyce, caused to be mailed the attached letter to the above named parties by placing it in the internal mailsystem at Stateville C.C. to be mailed via the U.S. Postal Service, if necessary, the postage being pre-paid

I swear under penalty of perjury that the foregoing is true.

Anthony Boyce R-52120
P.O. Box 112
Joliet, IL 60434

Subscribed and Sworn to before me this
___ day of December , 2011.
Karen Marie Rabsideau
Notary Public



KAREN MARIE RABIDEAU
OFFICIAL SEAL
Notary Public, State of Illinois
My Commission Expires
July 29, 2015

(exhibt 26) page 61 Notarize

Greetings Sirs:

As you all know from prior letters addressed to you all via the U.S. postal service I am in pain from using the drugs Remerop, trazodone. You knew the drug you all manufacturers caused harm but continued to make it. You all knew the facts show that it became aparent to me once one of your co-conspirators, a nurse, a wexford health sources inc said : Wexford Health Sources Inc. Doctors Kelly, Kartan Boswell pharmacy service and the medicine manufacturers knew the meds was bogus from day one my vision isn't right, troubles swallowing, dizziness, migraine head aches. What is being done about this catastrophy? The honorable federal courts speak against this kind of deliberate indifference could you write me back ASAP thanks.

CERTIFICATE OF SERVICE

To: Warner Chilcottine Inc
    CEO/President/ Director Roger M.Boissonneault
    182 Taborroad
    Morrisplains, NJ 07950

To: Organon Inc
    56 livingston Ave
    Roseland, NJ 07068

To: CEO John A. Kraeutler
    Chairman John CM Mcilwraith
    President George K.White
    Manager Director John Spevart

Please be advised that on 29 of Dece I caused to be mailed the attached document to the above named parties by placing it in the internal mailsystem at Stateville C.C. to be mailed via the U.S.Postal service. The postage for which being pre-paid.

I, Anthony Boyce, swear under penalty of perjury that everything contained in this document is true and correct.

_A. Boyle_  8
Anthony Boyce R-52162
P.O.Box 112
Joliet, IL 60434

Subscribed and Affirmed before me
on this 29 day of December, 2011

_Tyneer N. Butler-Win_
Notary Public

OFFICIAL SEAL
TYNEER BUTLER DE WINTERS
Notary Public of Illinois
My Commission Expires Jan 20, 2015

(exhibit 27/ page 62
Nov 01,11

Dear Director carter
My Name is Anthony Boyce R-52162
E-522 my eyes Head hurt as a result
of being exposed to psych meds
remeron, trazodone I Don't want no
psych meds Dr Kartan, Dr Kelly insist
I take the meds Diliberately inflicting
pain to me on oct 28,11 Dr Kartan
made sgt nash hurt my wrist my wrist
hurts its no warning label on the Dangeroas
meds warning consumers please make
your underlyings stop this you to
can Do something your the medical
Director of stateville ce

Thanks Sir

please write
me Back

(exhibit 28) page 63

Nov 3, 11

greeting warden Hardy

while at the Hospital I was targeted
By Sgt Nash and psychiatrist Kartan
for me trying to get Basic Health care
my eye's hurt my Head hurts my wrist
Hurts please help resolve this matter,
and launch and investigation for whats
Been Done to me, please stop Deliberately
letting stuff like this go on at Stateville
My Name is Anthony Boyce R-52162
please write Back                E-522

thanks

(exhibit 29)
NOV 3, 11    page 63

Greeting Leo Mark Hale

Dr Kelly is forcing me to take psych
meds trazodone which has make my vision
Bad migraine Head aches Before the trazodone
as you know Dr Kelly made me take
remeron that had the same effect on
me. while at the hospital on Oct 28, 11
Dr Kartan tried to make me sign
documents waiving my right to
sue when I Decline she called
Sgt Nash whom I think Broke my
wrist my wrist hurts I need health
care please stop whats going on
I am Being ignored Dilibeately By
Your staff you could help me may god Bless
Please I need you I have a learning
the Disability hopefully you understand
my writing so please write me Back

My Name is Anthony Boyce
R - 52162    Thanks

Greetings Sirs:                    ( exhibit 30 )          page 64

For months I've consistantly have complained to anyone that I've thought of regarding my mishaps as you are fully aware from prior correspondences via mail my eyes, head hurt, troubles swallowing, impaired vision, dizziness, upon standing as a result of taking trazodone , Remeron meds. You knew was hazardous meds, the medical manufacturers knew was hazardous to consumers such as myself. Wexford Health Sources knew was hazardous and employee of Wexford Health Sources blow the whistle on you alls conspiracy to deprive me of my 8,14 amendments of the United States Constitution. You all knew the meds trazodone, Remeron the anti-depressant medicine posed a likely serious risk of injury to me before giving the meds to me the nurse exposed the conspiracy and another officer whom is an employee of Stateville. So indignant signed a statement on or about November 7,2011. What is being done about this situation if you comeforth now it would possibly make legal matters more better on yourself because with all due respects this is wrong. What's the addresses and the names of the two manufacturers whom makes trazodone, Remeron.

## CERTIFICATE OF SERVICE

To: Boswell Pharmacy Service
    131 Schoolhouse Road
    Jennerstown PA,15547

To: President/Ceo of Boswell Pharmacy Services: Jackie Martella R.PH

To: Boswell Pharmacy Service Purchasing manager Gary Pribozie

To: Boswell Pharmacy Services, Chief administrative Officer, Kathleen Martella

Please be advised that on 12-29-11 I caused to be mailed the attached document to the above named parties by placing it in the internal mailsystem at Stateville C.C. to be mailed via the U.S.Postal service. The postage for which being pre-paid.

I,Anthony Boyce, swear under penalty of perjury that everything contained in this document is true and correct.

Anthony Boyce R-52162
P.O.Box112
Joliet,IL 60434

Subscribed and Affirmed before me
on this 29 day of December 2011 .

Notary Public

OFFICIAL SEAL
TYNEER N. BUTLER-WINTERS
Notary Public - State of Illinois
My Commission Expires Jan 20, 2015

(exhibit 31)    page 65

Greetings Sirs:

On 10-24-2011 from my understanding about 8:50 p.m. nurse Ms. Smith tried to give me an antidepressant medication called trazodone a 75 milligram pill. I declined to accept the medication on the grounds that my eyes have been hurting and my vision is diminishing. myraine headaches she reffering to the nurse on the above date and time inquestion on five gallery of E-house Stateville C.C. Nurse Smith response to my problem that it wasn't a medical physician present at the facility in question and that it was basically nothing she could do and she stated it would take sometime for my body to adjust to the medication basically saying keep doing the meds. But prior to taking trazodone I was taking antidepressant meds called Remeron which had the same affects ,dizzy,my eyes was hurting and migraines. I need to see and optometrist,medical doctor ASAP my United States Constitutional rights are being violated of the 8, 14 amendments cruel and unusual punishment I've wrote numerous letters to any and everyone please make it stop and to start putting warning labels on the meds you all pass out to inmates.

## CERTIFICATE OF SERVICE

To: Mark Hale Ceo of Wexford Health sources Inc.
    425 Holiday Dr. Foster Plaza 2
    Pittsburgh,PA 15220

TO: Medical Director of Stateville CC/Wexford HealthSources Dr.Carter
    P.O.Box 112 Joilet IL 60434

To: Dr.Williams, Stateville C.C./Wexford Health Sources Inc
    P.O.Box 112 Joliet IL 60434

To Optometrist of Stateville C.C./Wexford Health sources ince
    P.O.Box 112 Joliet,IL 60434

To: Optometrist of Stateville C.C./ Wexford Health Sources Inc
    P.O.Box 112 Joliet,IL 60434

To: Psychiatrist Dr.Kelly of Stateville C.C.?Wexford Health Sources
    P.O.Box 112 Joliet,IL 60434

To Head Warden Marcus Hardy of Stateville C.C.
    P.O.Box 112 Joliet IL 60434

To Medical Director of I.D.O.C. Dr.Louis Shicker
    P.O.Box 112,Joliet,IL 60434

Please be advised that I,Anthony Boyce,caused to be mailed the attached document to the above named parties on    ,2011 by placing it in the internal mailsystem at Stateville C.C. The necessary postage was pre-paid and the envelopes properly addressed. I swear under penalty of perjury that the foregoing is true.    Signed _____

Subscribed and Sworn to before me                         Anthony Boyce
this 27th day of October ,2011                            B-
                                                          P.O.Box 112
_____                                   Joliet,IL 60434
Notary Public

OFFICIAL SEAL
PHYLLIS BAKER
Notary Public - State of Illinois
My Commission Expires Jan 19, 2015

Greetings Sirs:                    ( exhibit 32)        page 66

     I was experiencing abnormal vision and migraine head aches etc.
So at first I paid it no mind and then it became worse I realized
its been the psych. antidepression meds. on or about Sept.29,2011.
I informed Doctor Williams she stated it was nothing. Also I informed
her of my sleep deprivation she stated Wexford didn't treat insomnia
patients with medication. Which is wrong because its a serious
medical need and all serious medical needs should be attended to
promptly regardless of expenditures to save ones life. Sleep is the
most important issues its hard to function without sleep. Could you
all put me infront of a optomtrist,psychiratrist and to start
providing actual sleep deprivation meds please. There's no warning
labels on the meds for side effects thats crazy.

                    CERTIFICATE OF SERVICE

To: Dr.Kelly
    P.O.Box 112, Joliet,IL 60434

To: medical Director,Dr.Carter
    P.O.Box 112, Joliet,IL 60434

To: Mark Hale,CEO of Wexford Health Sources Inc.
    425 Holiday Dr.Foster Plaza 2
    Pittsburgh,PA 15220

To: Optomtrist for Stateville C.C.
    P.O.Box 112, Joliet,IL 60434

To: Dr.Williams,P.O.Box 112 Joliet,IL 60434

To: Warden Hardy of Stateville.CC
    P.O.Box 112, Joliet,IL 60434

     Please be advised that on        ,2011 the undersigned,Antnony
Boyce, caused to be mailed to the above named parties by placing
it in the internal mailsystem at Stateville C.C. The outside address
was to be mailed to the party via the U.S. postal service and the
postage for which was pre-paid.
     I wwear under penalty of perjury that everything contained
in this document is true and correct.

                                    S: _____
                                    Anthony Boyce R-52162
                                    P.O.Box 112
                                    Joliet,IL 60434

Subscribed and Sworn to before me
this 25 day of October ,2011.

_____
Notary Public

OFFICIAL SEAL
TYNEER N. BUTLER-WINTERS
Notary Public - State of Illinois
My Commission Expires Jan 20, 2015

(exhibit 33)        page 67

Greetings Sirs:

As you are fully aware now your pharmacy service for Wexford/ Stateville C.C. the antidepression meds hav caused me to have impaired vision and migraine head aches you all don't have a warning label on you alls product of the side effects and also causes for the most part irreversible harm please stop selling the bad meds. To whom cause injury and also warn consumers and the manufacturers to whom issue the meds to you. (a) to start using warning labels. (b) to stop manufacturing defective meds that have dangerous side effects please. (c) you and your cohorts know your products are not right (d) this was deliberately done because the FDA has posed strick rules on informing consumers which was not done in my case (e) now I have impaired vision and migraine head aches.

## CERTIFICATE OF SERVICE

To: Boswell Pharmacy Service
131 Schoolhouse Road
Jennerstown,PA 15547

To: Mark Hale Ceo of Wexford Health Sources Inc.
425 Holiday Dr. Foster Plaza 2
Pittsburgh,PA 15220

To: Psychiatrist Dr.Kelly Stateville CC/Wexford health Sources Inc
P.O.Box 112,Joliet,IL 60434

To: Warden Marcus Hardy.Head Warden of Stateville C.C.
P.O.Box 112,Joliet,IL 60434

To: Medical Director of Stateville C.C/WExford Health Sources Inc
Dr.Carter
P.O.Box 112 Joliet,IL 60434

To: President/CEO of Boswell Pharmacy Serwices
Jackie Matella R. PH
131 Schoolhouse Road,Jennerstown PA 15547

To: Boswell Pharmacy Services,Chief Administrative Officer
Kathleen Martella
131 School House Road, Jennerstown, PA 15547

To: Boswell Pharmacy Services Purchasing Manager Gary Pribozie
131 Schoolhouse Road,Jennerstown PA 15547

Please be advised that on     ,2011 the undersigned,Anthony Boyce, caused to be mailed to the above named parties by placing it in the internal mailsystem at Stateville C.C. The outside addresses were to be mailed to the parties via the U.S.Postal Service and the postage for which was pre-paid.

I swear under penalty of perjury that everything contained in this document is true and correct.
Subscribed and Sworn to before me
this 25 day of October   .2011.

S. [signature]
Anthony Boyce, R-52162
P.O.BOX 112
Joliet,IL 60434

[signature] N. Butler-W
Notary Public

(handwritten, left margin, vertical) the name is MARtella

OFFICIAL SEAL
TYNEER N. BUTLER-WINTERS
Notary Public - State of Illinois
My Commission Expires Jan 20, 2015

(exHiBit 34) page 68

GREETINGS SIRS:

I would just like to notify the addressed parties that on
October 28,2011 around 12:10 p.m. I was at the health care unit
when psychiatrist Kartan became verbally abusive to me and mentioned
somethings about her knowledge of me trying to file a lawsuit etc.
and called for Sergeant Nash whom became verbally provocative acting
unprofessional at the date and time in question. I remained claim.
Please keep Dr.Kartan etc professional. There is a more lucid com-
plaint attached to this document called a grievance with me grieving
the above incident inquestion thanks. I ask that no retaliation be
taken in the future against me.

## CERTIFICATE OF SERVICE

To: Medical Director of Stateville?Wexford Health Sources Inc
     Dr.Carter

To: Head warden Marcus Hardy Stateville C.C.

To: Psychiatrist Dr.Kartan,Stateville C.C./Wexford Health Sources

To: Sergeant Nash of Stateville C.C.
     P.O. Box 112 Joliet,IL 60434

To: Mark Hale Ceo of Wexford Health Sources Inc.
     425 Holiday Dr. Foster Plaza 2
     Pittsburgh,PA 15220

    Please be advised that I,Anthony Boyce, caused to be mailed
the attached document by placing it in envelopes properly addressed
to the above parties in the internal mailsystem at Stateville
Correctional center. The postage for the necessary outgoing mail
is pre-paid.
    I,Anthony Boyce,swear under penalty of perjury that the
foregoing is true and correct in substance and in fact.

Subscribed and Sworn to                    S: _A Boyce_____
before me this 1st day of                  Anthony Boyce,R-52162
November 2011.                             P.O.Box112
                                           Joliet,IL 60434

_Phyllis Baker____
Notary Public

OFFICIAL SEAL
PHYLLIS BAKER
Notary Public - State of Illinois
My Commission Expires Jan 19, 2015

*exhibit 35 (exhibit 35)* page 69

Greetings Sirs:

As you all are fully aware of my eyes are hurting, troubles swallowing, dizziness and migraine headaches, abnormal vision , as a result of taking the hazardous medications trazodone, Remeron, anti-depressant medicines. (A) I would like to see an optometrist asap please. (B) A cat scan to determine the nature of the migraine headaches etc. (C) This is deliberate indifference my many requests etc have been ignored. You all can do something this is a violation of my U.S. Constitutional rights. I have a learning disability hopefully this is legible.

## CERTIFICATE OF SERVICE

To: CEO of Wexford Health Sources Inc, Mark Hale
    425 Holiday Dr. plaza 2
    Pittsburg, PA 15220

To: Head Warden of Stateville C.C., Marcus Hardy
    P.O.Box 112
    Joliet, IL 60434

To: Wexford Health Sources Inc/Stateville C.c. ; Stateville's medical director I.Carter,
    optometrist of Stateville C.C., Medical physician L.Williams of Stateville C.C.; Psychiatrist
    R.Kelly of Stateville SC; Psychiatrist Kartan of Stateville C.C.

Please be advised that on |2-29-|| , I caused to be mailed the attached document to the above name parties, by placing it in the internal mailsystem at Stateville C.C. to be mailed via the U.S. Postal service. The postage for which being pre-paid.

I, Anthony Boyce, swear under penalty of perjury that everything contained in this document is true and correct.

Anthony Boyce R-52162
P.O.Box 112
Joliet, IL 60434

Subscribed and Affirmed before me
on this 29 day of December . 2011

Notary Public

OFFICIAL SEAL
TYNEER N. BUTLER-WINTERS
Notary Public - State of Illinois
My Commission Expires Jan 20, 2015

(Exhibit 36) page 70

Greetings Sirs:

On Nov 4,2011 Officer C. Terry an officer whom is an officer at Stateville was assigned to work R-house five gallery to whom escorted the nurse while she passed out meds. They arrived infront of the cell 522 which is my cell that I am housed in. the nurse tried to give me the 75 milligram pill of Trazodone an antidepressant drug so I informed her. for the twentieth time prior to the day in question I explained to her I need to see a doctor for my migraine headaches and vision as a result of taking trazodone.remeron. meds. She refused to offer any type of medical treatment in a discemtle intimidating tonal Officer C.Terry told her this is wrong. She went on to say Dr Kelly. Roswell Pharmacy service, and the medicine manufactures know the medicine hurts vision,migraines headaches. There you think your at locked up. I asked Officer Terry to sign a statement I wrote out as a witness it was so absurd out of indignant circumstances of the incident he signed the statement as a witness see attached I need to see an optometrist,medical director ASAP. You all can do something about this. I've wrote you before about this. Why won't you all stop this senseless pain,suffering this is cruel. unusual punisment. The honorable federal courts is against this kind of undecorum. Have a nice day.

CERTIFICATE OF SERVICE

To: Head Warden of Stateville C.C
     P.O.Box 112
     Joliet,IL 60434

To: Stateville Medical Director,L.Carter
     P.O.Box 112 Joliet,IL 60434

To: Stateville C.C. Optometrist
     P.O.Box 112 Joliet,IL 60434

To:Doctor L.Williams Stateville C.C
     P.O.Box 112 Joliet,IL 60434

To: Mark Hale CEO of Wexford Health Sources Inc
     425 Holiday Dr.Foster Plaza 2
     Pittsburgh,PA 15220

Please be advised that on 11 - 22     ,2011 I,Anthony Boyce, caused to be mailed the attached letter to the above named parties by placing it in properly addressed envelopes in the internal mailsystem at Stateville Correctional Center to be mailed via the U.S Postal Service. Any necessary postage being pre-paid.

I,Anthony Boyce, the undersigned swear under penalty of perjury that the foregoing is true and correct.

Signed: Anthony Boyce
         B-52142
         P.O Box 112
         Joliet, IL 60434

Subscribed and Sworn to before me on
this 22 day of November,2011.

OFFICIAL SEAL
TYNEER N. BUTLER-WINTERS
Notary Public - State of Illinois
My Commission Expires Jan 20, 2015

*(exhibit 37) page 71*



**Illinois
Department of
Corrections**

**Pat Quinn**
Governor

**S. A. Godinez**
Director

Stateville Correctional Center
Route 53, P.O. Box 112
Joliet, IL 60434

Telephone: (815) 727 -3607
TDD: (800) 526-0844

# **MEMORANDUM**

**DATE:**     September 1, 2011

**TO:**     Anthony Boyce
     R52162     E 0522

**FROM:** Brenda Jerz, HIA
     Medical Records

**SUBJECT: REQUEST FOR MEDICAL RECORD COPIES**

I have received numerous letters from you requesting copies of
your medical record.  I am again enclosing an <u>Authorization for
Release of Information</u> form.  It is required that you fill out the form
completely and also state the specific information, as well as dates
you require and return the signed form to medical records.  Any
incomplete requests will be returned to you.  All requests are
processed in the order they are received.

The cost of copying is as follows:     Free-first 50 copies
     .15 for each additional copy.

Thank you in advance for your cooperation.

Cc:  Marcus Hardy, Warden
     Medical Record

greetings page 72 (exhibit 38) Atty MICHAEL KANOVITZ
loevy and loevy
312 N MAY ST
suite 100
Chi IL 60607

My Name is Anthony Boyce R-52162 the reason
For me writing is a request to ask for legal
AID. My eye's + head hurts short term memory
loss as a result of Deliberately Being
exposed to psych meds trazodone remeron
Stateville's pharmacy services Boswell officials
Stateville's medical provider wexford health
sources officials, prison officials and
medicine manufacturers of whom make
the Drugs trazodone, remeron and all
the above parties Deliberately Disregarded
a substantial risk to my Health For
Financial gain hide warning labels Because
it consumers knew of the Dangerous
side effects Any person with just the
slightest common sense wouldn't freely
take the med in question I need to file
a federal lawsuit and to ask the Honorable
courts to Allow me to pick a jury
to Decide the amount I have a elderly christian
praying grandma whom's struggled and worked her
entire life she needs the money she may be home less
soon plus I have a little cousin that wants
to make something positive of himself by going to
college it's not cheap the money will go to him

Reading Disability All words are misspelled excuse me Bad please write me Back

(exhibit 39) page 73 Chicago lawyers
Committee for Civil Rights
Under law inc
100 N Lasalle st suite 600
Chicago IL 60602

greetings Atty

My name is Anthony Boyce R-52162 I am
currently incarcerated is stateville, stateville
officials are conspiring working in conspiracy
to Deliberately inflict pain through the form
of Defective antiDepressant psych meds.
TrazoDone, remeron the two Drugs a Highly
Dangerouse the Drugs have no warning
labels on them sometime they cause Death
I am suffering from Blurred vision eye
pains migraine head aches Dizziness
upon standing as a result of the
meds the Head care provider Mark Hale
the ceo of wexford Health source inc
are Deliberately inflicting pain to patient
ignoring the substantial risks for Profit
medicine manufactures of the Drugs
trazoDone remeron knew also that the
Drugs are Bogus But they still Sold the
Drugs for profits also Boswell pharmacy services
officials whom provides medicine for stateville
knew and continued to Distribute the
Drugs for profit could you aDD me with
legal assistance in filing a lawsuit please
write me Back thanks

(exhibit 40)

the EDwin MANDel
legal clinic

page 74

6020 S. UNiVERsity AVE
Chi IL 60637

Greetings
My name is Anthony Boyce R-52162 incarcerated
at Stateville. Stateville CC had a pharmacy service
is called Boswell whom is Distributing harmful
med with out warning labels, concealing the
Dangerous side effects of the antiDepressant
med's trazoDone, remeron, they're working
in conspiracy with prison officials an c
Stateville's Health care provider wexford
Health Sources inc marie Hale cco and
his employee's, Deliberately, inflicting pain
on me also they all, could issued warning
labels on the meds also the medicine
manufactureps of trazoDone, remeron
knew also the meds caused pain they
all Disregarded, that substantial risk of
Harm to my health By trying to gain financial
again. My eye's hurt my vision is Bad
terrible hand aches etc as a result of the
med. I have a learning DisaBility please
could you offer me legal AID in filing
a civil Sut to pick a jury of illinois citizens
I was told H takes Sometimes ten years
for a Sut to go to trial I am willing to
wait if I live that long Due to the med's MAY GOD Bless

please watch Back

(exhibit 41)   Atty Kathleen.P. 233.3 wacker Dr
   page 75 1a114          Suite 5800
                              chi Il, 60606

Greetings

My name is Anthony Boyce R-54162 stateville
incarcerated, the reason for me writing you
is to ask for legal representation in a civil
Suit, My eye's hurt Bad vision, Head aches
as a result of Deliberately exposed to
harmful Defective meds Names trazoDone, remeron,
stateville pharmacy Service boswell pharmacy
Service officials, + D,o,c prison officials
stateville's private Health care provider
wexford Health Sources Ceo Mark Hale
etcetera are hiding the
warning labels Because if consumers knew
all the Dangerous side effects NOONE
would freely consume the medicines.
trazoDone, remeron in some cases
the Drugs cause Death, all the Above
people Deliberately inflicted pain on
me for financial gain I am messed
up even Before that I had a learning
Disability even my memory is Bad Because
of the meds please write me Back

         Thanks

( exhibit 42 )

page 76

DePaul legal clinic
25 E Jackson
suite 1050
chILL 60604

Greetings

My Name is Anthony Boyce R-52162 incarcerated in Stateville I am asking for legal AID in civil proceeding stimming from the pharmacy of Stateville known a Boswell pharmacy service officials, wexford health sources officials whom is Stateville health care provider prison officials, manufacturers of tractdona remuron are hiding warning labels in the effect of hiding Dangerous Side effects Deliberately to to inflict pain on me for Financial gain. I am suffering from migraine Head aches short term memory loss blurred bad vision eye pains troubles swallowing, as a result of being exposed to the meds, A Boyce help me pick a pay I'll ask for millions maybe God will touch the jurred Hearts maybe they may have a significant other whom has been the victim of medicine may god bless you I have a learning Disability problem thanks please write me back

(exhibit 43/

155 N Wacker Dr
Chi, IL, 60606
Suite 2700
Atty Michael paul

page 78

Greetings

It's rough my eye's hurt my Head hurts
rite of Being exposed to Hazardous Medicumes
IufroDone, remeron, prison officials, Stateville's
pharmacy Boswell pharmacy Service Medicines,
Manufacturers of Remeron, trazoDone, wexfHed
Health Sources all working in conspiracy for
financial gain Deliberate inflicting pain
ignoring Substantial risks to harm,
knew the Med's wasn't right and
still gave them to me Hiding warning
labels the Dr here Dr Kelly called me,
Crack Baby Said I was Born in the 80's
that's How he knew I was a crack
Baby etc please help me I have a learning
Disability could you represent me in
the federal courts on a suit in front of
Some Hard working citizens that will
see through the nonsense the Defenses
lawyers will try to throw at them I am
gonna ask for million I have a elderly
GranDma and a lil cousin that was to get
to college to make something of himself I
Give the majority of the Settlement money

[exhibit 44] page 79

December 8, 2011

**Privileged Legal Communication**

Mr. Anthony Boyce
R52162
Stateville Correctional Center
P.O. Box 112
Joliet, Illinois 60434

Dear Mr.Boyce;

You recently wrote us (or your letter was referred to us by a private law firm which you wrote asking for pro bono assistance) asking for help with a claim relating to the medical care you received.

We have received hundreds of letters complaining about medical care in the Department. While we have had some success in placing a few of these cases with pro bono counsel, we simply cannot take on (or find lawyers to take on) all of the hundreds of very important matters we have heard about. **We will not be able to find an attorney for your case.**

However, because of the large number of letters we have received, many accompanied by very extensive documentation, detailing the very serious problems with the Department's medical system, we have filed what we hope will be certified as a class action case, asking for systemic changes in the way the Department provides medical care. The case is pending in the Northern District of Illinois. While our complaint asks that a class be certified, no class has been certified to date. We also want to emphasize that in that case, **we are not asking for damages** for members of the class. We are **only** asking for injunctive relief—that is, that changes be made so that what happened to you does not continue to happen over and over again.

We would like to keep your records on file and use them as part of the proof in our case. However, as always, we treat the information you send us as confidential. Therefore, if you are willing to allow us to include your situation as part of our proof in the class action case, you have to give us permission. No particular format is required—just a statement in your next letter.

We emphasize that allowing us to use your information in the class action case will **not** jeopardize or otherwise interfere with any damages case you already have filed (if you have done so). Similarly, use of your information is **not** a substitute for filing your own damages case, should you feel you have grounds to do so.

As always, we thank you for your continued willingness to share your information. Take care and keep strong.

Sincerely,
**Uptown People's Law Center**

(exhibit 45)

page 80

Amy Bilton
20 N Clark St
Suite 1000
Chi Il, 60602

greetings

My name is Anthony Boyle I have a
learning Disability I have Health issues
I wont waste your time By citing every
conceiveable one I need some legal
assistance the psychiatrists at Stateville
C C gave me the antidepressent medicines
trazodone, remeron both, messed up
my vision, migraine head aches, etc
the Doctor and medical manufacturers
etc knew this product was Bogus the
officer at Stateville signed a statement
of what the nurse said saying the
Doctors medical manufacturers, Boswell
pharmacy knew the medicine cause injury
please could you help me the staff
of I D O C is trying to saBotage the
grievance procedure please write me
Back thanks

(exhibit 46)

ERICA Beutler
200 E RANDolph
chi IL 6060v

page 81

greetings

My Name is Anthony Boyce I am Being
Deliberately indifference by prison officals
physicians the medicine manufacturers of the Drug
remeron; trazoDone the Doctors Deliberately
Knew their ProDuct would make me sick
which it DiD causing injuries to my eyes
Dizziness migraine's its lefted me
impaired could you help me legally
the officer signed and statement about
what he witnessed the nurse said
to me she the manufacturers and
the Doctors and Boswell Knew the meds
was bad please write Back

(exhibit 47)

Tracy Billows
131 S Dearborn St
Suite 2400
chi 60603

page 82

greetings

the initiative has Been tooken to write you is to seek legal, AID in my endeavors the medical manufacturers of tigrodoney, remeron Drugs are tainted with hazardous components that caused me vision impairment migraines the nurse here passing out meds stated she knowingly gave me meds that would cause injury she said the psychiatrists we boswell pharmacy and manufacturer know the meds cause injury the officer here wrote and signed a statement to what happen please write me Back thanks

Anthony Boyce
R-52162

Matthew Bills
ill S worker Dr
Chi IL 60606

(exhibit 48)

page 83

greetings

I am writing you asking for legal aid
I am Disable with learning Disability the
Doctors at stateville ll etc gave me Bad
meds thats caused severe injuries to
my vision migraine head aches troubles swollowing
at times etc the nurse got smart with me
one night the officer was with her heard
her tell me your in jail the manufacturers
the Doctor and boswell pharmacy knows the
meds cause injury this is Deliberate inDifference
they speaking of prison officials are
always trying to Derail my grievance process
please help me.

A Boyce
R-52162

ERNest Beutel
100 w MONRoest
Suite 1600
chi Il 60603

(exhiBit 49/

page 84

greetings

Hopefully your straight the reason for writing you is to obtain legal assistance I have a learning Disability the Doctor gave me two medicines they Knew would cause me injuries trazoDone j Remeron Both Drugs are the reason my vision is impaired migraine head aches etc the norse was taunting me say she Knew medical manufactures Doctors j Boswell pharmacy service Knew the meds caused injuries this is Deliberate inDifference they violated my constitutional rights they are soBataging my grievance process all so I feel Hopeless please help me

A Boyce
R-52162

KAREN Bilek

(exhibit 50) option cleaning
corporation N wacker dr
page 85 4th fl
chi 60606

the initiative has Been tooken to write
is to respectfully ask for legal
assistance the medical Manufactures
of the Drugs Remeron, trazoDone are
Making Bogus meds the Doctor here at
Statesville and the staff knew it
would cause my vision to go Bad
efe please could you help me
thanks

A. Boyce
R-52162



*[handwritten: exhibit 51, page 86]*

**SEYFARTH**
ATTORNEYS **SHAW** LLP

131 South Dearborn Street
Suite 2400
Chicago, Illinois 60603
(312) 460-5000
fax (312) 460-7000
www.seyfarth.com

Writer's direct phone
(312) 460-5603

Writer's e-mail
tbillows@seyfarth.com

December 23, 2011

**VIA U.S. MAIL**

Anthony Boyca
R-52162
P.O. Box 112
Joliet, IL 62353

    Re:    **Your Letter**

Dear Mr. Boyca:

    I have received your letter regarding legal assistance. I am not able to assist you with your request. If you would like to obtain legal representation, I suggest you contact Uptown People's Law Center, 4413 North Sheridan Road, Chicago, IL 60640. Their phone number is 773-769-1411. Uptown People's Law Center specializes in these types of issues and matters.

        Best regards,

        SEYFARTH SHAW LLP

        *Tracy M. Billows*

        Tracy M. Billows

BRUSSELS
WASHINGTON, D.C.
SAN FRANCISCO
SACRAMENTO
NEW YORK
LOS ANGELES
HOUSTON
CHICAGO
BOSTON
ATLANTA

8489140v.13

THIS LETTERHEAD IS PRINTED ON RECYCLED STOCK

Richard Beoke
53 w Jackson
Suite 1410
Chicago
60604

(exhibit 52)
page 87

Hopefully your fine?

the reasons for writing you is to just seek legal assistance in filing a lawsuit against state officials Doctors medical manufacturers pharmacy service Boswell they gave me some antiDepressant meds they knew was harmful to me it impaired my vision migraine head aches etc I can prove it was Deliberate inference Dove to the fact the Nurse was taunting me saying she the Doctors and the medicine manufacturers the meds was faulty the officer signed a statement I have a learning Disability please help me their even trying to Derail my grievance process it rough thanks for your time

A. Boyce
R-52162

[ exhibit 53 ]

page 88

ellen joan
simpson
1257 w Early
suite 2 Ave
chi 60660

greetings

my every intent is to write and ask for Legal assistance the Doctors manufacturers etc gave me some antiDepressant meds trazoDone, remeron the caused injuries to my eyes migraine head aches troubles with swollowing Dizziness as a result of taking the Bad meds a nurse out of anger Denied me Health care and informed me Boswell pharmacy the Doctor, medicine manufacturers knew the meds caused injuries they Deliberately messed me up I have a learning Disability could you please help me my eyes are hurting now I used someone elses glasses to write you thanks

Anthony Boyce
f-52162

Anthony
Boyce
L-52162

(exhibit 54|
   page 89

Sarah Winston
one prudential
          plaza
130 E Randolph
   chi 60601

greetings

Hopefully your fine? the reasons of writing you are to try to obtain legal assistance in filing possibly, a class action law with the Honorable Federal courts to ask their permission to pick a jury whom would be the good citizens of Illioins maybe god may tough their hearts to Award millions of Dollars I'D give the proceeds to my elderly gran cmother and my lil cousins for college I can prove the psychiatrists prison officials wexford health sources, the medical manofactuxers Deliberately gave me meds that caused me to have bad vision Migraine,head aches troubles swallowing and the a Hystory with these Bogus Drugs side affects, I have a hearing Disability please cold you write me Back thanks

thomas fitzgerald
35 w wacker Dr
chi 60601

( exhibit 55 /

page 90

greetings
Hopefully your fine the reason for writing you all
is to ask for legal assistance to file a civil
law suit possibly a class action for Deliberate
indifference against the medical manufacturers,
Biswell pharmacy service, wexford Health Sources inc
State employee's for injuries my eye's swollowing
and migraines as a result of taking trazodone
remeron was not warned of side affects I
asked the nurse she got beligerent and
said infront of the officer whom signed a
written statement as a witness she said
the medical manufacturers and Doctors
I knew Before hand I would get injured
as a result of taking the meds they
prescribed I have a learning
Disability please could you help me

L 52162
Anthony
boyle

Alison Harrington
25 E washington
suite 210
chi IL, 60602

(exhibit 56)
page 91

greetings ☺

Hopefully your fine? the initiative has
Been tooken to write you all ID like
some legal assistance pertaining to
DeliBerate inDifference my Doctor gave
me some medicine he knew would cause
serious injury to me the Drug remeron,
trazodone my vision is impaired migraine
head aches, Dizziness and trouble swallowing
my eye's are hurting now I used this
guys glasses to write this letter the officer
whom is a employee at stateville c c
signed a statement Due to over hearing
the nurse tell me, her and the Doctors
and medicine manufacturers know the Drug
was Bogus causing injury please could
you write Back they're trying to
Derail my grievance process I have
a learning, Disability its in my life
please could you represent me thanks

Anthony boyce
L-02162

Stacy Breath
311 w Superior
chi IL 60610 Suite
52

(exhibit 66)
page 92

greetings

Hopefolly your fine? the reason I am
writing you all is to seek help I have
alot of Health issues I have a learning
Disability, the physchiatist at statevillee
gave me the meds remeron, trazoDone
Knowingly Knowing it would cause me
injuries my vision is impaired migrainehead
ashes Dizeiness inability to swollow
completely at times the officer at stateville
heard the nurse, Say to me she the Doctors,
and the manufactupers Know the Meds caused
injury she signed a statement Saying
what he witnessed her Say,
please could you Call me on legal
Call or write Back I need help

ABoyce
R-50162

*Continue (Exhibit 64)* *page 93*

**ILLINOIS DEPARTMENT OF CORRECTIONS**

**Administrative Review Board**
**Return of Grievance or Correspondence**

F-122

Offender: Boyce    Anthony    R52162
_____Last Name_____    _____First Name_____    __MI__ __ID#__

Facility: Stav

☒ Grievance: Facility Grievance # (if applicable) 942, 4685, 543; grv dated 11/19/11    Dated: _____    or ☐ Correspondence: Dated: _____

Received: 4/10/12    Regarding: Medical, Staff Conduct
_____Date_____

The attached grievance or correspondence is being returned for the following reasons:

**Additional information required:**

☒ Provide a copy of your written Committed Person's Grievance, DOC 0046 including the counselor's response if applicable.

☒ Provide a copy of the Committed Person's Grievance Report, DOC 0047, including the Grievance Officer's and Chief Administrative Officer's response, to appeal. *if within timeframe for grv dated 11/19/11 issue*

☐ Provide date(s) of disciplinary report(s) and facility where incident(s) occurred.

☐ Unable to determine nature of grievance or correspondence; submit additional specific information. Please return the attached grievance or correspondence with the additional information requested to: Administrative Review Board
Office of Inmate Issues
1301 Concordia Court
Springfield, IL 62794-9277

**Misdirected:**

☐ Contact your correctional counselor regarding this issue.

☐ Request restoration of Good Conduct Credits (GCC) to Adjustment Committee. If request is denied by the facility, utilize the inmate grievance process outlined in Department Rule 504 for further consideration.

☐ Contact the Record Office with your request or to provide additional information.

☐ Personal property issues are to be reviewed at your current facility prior to review by the Administrative Review Board.

☐ Address concerns to: Illinois Prisoner Review Board
319 E. Madison St., Suite A
Springfield, IL 62706

**No further redress:**

☐ Award of Meritorious Good Time (MGT) and Statutory Meritorious Good Time (SMGT) are administrative decisions; therefore, this issue will not be addressed further.

☐ Not submitted in the timeframe outlined in Department Rule 504; therefore, this issue will not be addressed further.

☐ This office previously addressed this issue on _____/_____/_____.
_____Date_____

☐ No justification provided for additional consideration.

**Other** (specify): Once deemed non-emergency. Then need to follow the grievance procedure for grievance #'s 942, 4685, 543.

Completed by: Sarah Johnson    Sarah Johnson    4/16/12
_____Print Name_____    _____Signature_____    __Date__

Distribution: Offender; Inmate issues

EXHIBIT 67 Page 94

## ILLINOIS DEPARTMENT OF CORRECTIONS
## OFFENDER'S GRIEVANCE

| Date: March 24/12 | Offender: (Please Print) Anthony Boyce | ID#: R-52162 |
|---|---|---|

| Present Facility: Stateville | Facility where grievance issue occurred: Stateville |
|---|---|

GRIEVANCE OFFICE
MAR 27 2012
942
STA
Exhibit 67

**NATURE OF GRIEVANCE:**

- [ ] Personal Property
- [ ] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Mail Handling
- [ ] Dietary
- [ ] Transfer Denial by Transfer Coordinator
- [ ] Restoration of Good Time
- [ ] Medical Treatment
- [ ] Disability
- [ ] HIPAA
- [ ] Other (specify): Exhibit 67

- [ ] Disciplinary Report: ____/____/____
  Date of Report     Facility where issued

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:

Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

**Brief Summary of Grievance:** I wrote you and emergency grievance Date Feb 10,12 regarding medical treatment with being exposed to harmful psych meds a nurse forced me to take against my will grievance stamp number 543 also I wrote a grievance jan 01,12 regarding a nurse forcing me to take psych meds again against my will to Day march 24,12 I just received the state grievance and this grievance number was 4685 which both are past the appeal Date Due to your culpable regards not mine I want to appeal all grievances

**Relief Requested:** Could you please rectify this matter I need to appeal my grievances and need to see a Doctor my eyes hurt migraine Head aches Dizziness please Help me →

- [x] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

Offender's Signature _____    ID# R-52162    Date 03,24,12

(Continue on reverse side if necessary)

---

### Counselor's Response (If applicable)

| Date Received: ____/____/____ | [ ] Send directly to Grievance Officer | [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277 |
|---|---|---|

Response: _____

Print Counselor's Name _____  Counselor's Signature _____  Date of Response ____/____/____

---

### EMERGENCY REVIEW

Date Received: 3,28,12

Is this determined to be of an emergency nature?
- [ ] Yes; expedite emergency grievance
- [x] No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

Chief Administrative Officer's Signature  Marcus Hardy    3,29,12

Distribution: Master File; Offender

DOC 0046 (Rev. 3/2005)
Printed on Recycled Paper

APR 10 2012

CONT...

**ILLINOIS DEPARTMENT OF CORRECTIONS**

## OFFENDER'S GRIEVANCE

| Date: 01-01-2012 | Offender: (Please Print) ANTHONY BOYCE | ID#: R-52162 |
|---|---|---|

| Present Facility: Stateville | Facility where grievance issue occurred: Stateville |
|---|---|

**NATURE OF GRIEVANCE:**

GRIEVANCE OFFICE

- [ ] Personal Property
- [x] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Mail Handling
- [ ] Dietary
- [ ] Transfer Denial by Transfer Coordinator
- [ ] Restoration of Good Time
- [x] Medical Treatment
- [ ] Disability
- [ ] HIPAA JAN 0 4 2012
- [ ] Other (specify)

- [ ] Disciplinary Report: _____ / _____ / _____
  Date of Report          Facility where issued

STA # **4685**

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:

Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

**Brief Summary of Grievance:** Claim (1) I've relentlessly have complained via grievances requests concerning my dire medical needs for months concerning being exposed to hazardous medicines Trazadone, Remeron which has caused my vision to decline, dizziness, troubles swallowing at times, migraine headaches as a result of the above medicine. My requests etc have been deliberately ignored by Stateville C.C. medical staff to see optometrist medical physician.

Claim (2) prison officials are working in conspiracy with Boswell pharmacy services officials etc, Wexford Health Sources Inc. Officials etc, medicine manufacturers to deprive me of my United States Constitutional rights by knowingly and deliberately despensing hazardous meds etc. to prisoners thats known cause a serious health risk to substantiate my facts of this ongoing conspiracy. (A) I saw nurse Smith in December of 2011 on five gallery of F-house we both spoke about an incident (See Back)

**Relief Requested:** (1) for Stateville etc. to culminate to the U.S. Constitution that this modern area accepts (2) to be seen by optometrist, medical physical (3) for I.D.O.C. to stop despensing hazardous meds that create needless suffering.

[x] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

_R. Boyce_                    R-52162    01, 01, 2012
Offender's Signature                ID#           Date

(Continue on reverse side if necessary)

---

**Counselor's Response (if applicable)**

| Date Received: _____ / _____ / _____ | [ ] Send directly to Grievance Officer | [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277 |
|---|---|---|

Response: _____

APR 16 2012

_____       _____       _____
Print Counselor's Name        Counselor's Signature         Date of Response

---

**EMERGENCY REVIEW**

| Date Received: 1/4/12 | Is this determined to be of an emergency nature? | [ ] Yes; expedite emergency grievance<br>[x] No; an emergency is not substantiated. Offender should submit this grievance in the normal manner. |
|---|---|---|

_Marcus Harly_                         1,5,12
Chief Administrative Officer's Signature              Date

Distribution: Master File; Offender                    Page 1                    DOC 0046 (Rev. 3/2005)

Printed on Recycled Paper

CONTINUE CANNOT WRITE                                     E-822

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE**

| Date: 02-10-12 | Offender: (Please Print) Anthony Boyle | ID#: R-52162 |
|---|---|---|
| Present Facility: Stateville | Facility/where grievance issue occurred: | |

**NATURE OF GRIEVANCE:**

☐ Personal Property          ☐ Mail Handling          ☐ Restoration of Good Time          ☐ Disability
☐ Staff Conduct             ☐ Dietary                ☑ Medical Treatment                ☐ HIPAA
☐ Transfer Denial by Facility  ☐ Transfer Denial by Transfer Coordinator   FEB    ☐ Other (specify)
☐ Disciplinary Report: _____ / _____ / _____
                         Date of Report

GRIEVANCE OFFICE

STAFF     543

Note:     Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary
administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief
Administrative Officer.

Brief Summary of Grievance: On Feb 08, 12 around 9.00 pm whom I have
reason to believe name is nurse smith was passing out
meds on five gallery of E-house she stopped at my cell
and tried to give me a 50 gram pill of trazodon i' antidepress
medicine I informed her as she already knew from prior
incidents months ago my vision was blurred at times Migraine
head aches at times Bad vision at times and a slight
change in short term memory at times and troubles
swallowing at times like almost a good 20 hours a Day
I experienced these extremely painful pains as a result

Relief Requested: to have this matters redified to prevent
further Damages and for the wardens to notify
everyone named in this grievance of what Iam Suffing

☑ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

_____          R-52162  02.10.12
Offender's Signature                      ID#              Date

(Continue on reverse side if necessary)

---

**Counselor's Response** (if applicable)

Date Received: _____ / _____ / _____     ☐ Send directly to Grievance Officer     ☐ Outside jurisdiction of this facility. Send to
                                                                                          Administrative Review Board, P.O. Box 19277,
                                                                                          Springfield, IL 62794-9277

Response: _____

APR 10 2012

_____          _____          _____
Print Counselor's Name          Counselor's Signature          Date of Response

---

**EMERGENCY REVIEW**

Date Received: 2, 16, 12

Is this determined to be of an emergency nature?     ☐ Yes; expedite emergency grievance
                                                     ☑ No; an emergency is not substantiated.
                                                     Offender should submit this grievance
                                                     in the normal manner.

_Marcus Hardy_          2, 17, 12
Chief Administrative Officer's Signature          Date

Distribution: Master File; Offender                    Page 1                    DOC 0046 (Rev. 3/2005)

ILLINOIS DEPARTMENT OF CORRECTIONS

**OFFENDER'S GRIEVANCE**

EXHIBIT 6  Copy  page 97

| | | | |
|---|---|---|---|
| Date: Nov 19, 11 | Offender: (Please Print) Anthony Boyce | | ID#: R-52162 |
| Present Facility: Stateville | | Facility where grievance issue occurred: Stateville | |

**NATURE OF GRIEVANCE:**

- [ ] Personal Property
- [x] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Mail Handling
- [ ] Dietary
- [ ] Transfer Denial by Transfer Coordinator
- [ ] Restoration of Good Time
- [x] Medical Treatment
- [ ] Disability
- [ ] HIPAA
- [ ] Other (specify):
- [ ] Disciplinary Report: _____/_____/_____ Date of Report _____ Facility where issued

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

**Brief Summary of Grievance:** On Oct 28, while at Health Care Unit while having a session for mental health with Dr Kartan she began to state I know your trying to file a lawsuit your not gonna get a dime we can tell other inmates anything the staff here tells them to say for a sandwich you ve been writing up my Boss Dr kartan called Sergeant Nash Back there he came running placing me in handcuffs so tightly it cut my blood circulation off in my fingers my left wrist was hurting, I told him he told me to shut up chump Sergeant nash yelled at me in a small bull pen cuffed up in front of other inmates and staff challenging me into a fight I stated I am not gonna help →

**Relief Requested:** to have this matter fully investigated for Sergeant nash and Nurse smith to be reprimanded without pay for violating my rights etc. to be seen by medical, mental Health psychiatric to have Stateville →

- [ ] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

_A Boyce_ Offender's Signature    R-52162 ID#    Nov 19, 11 Date

*(Continue on reverse side if necessary)*

---

**Counselor's Response (if applicable)**

Date Received: _____/_____/_____
- [ ] Send directly to Grievance Officer
- [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: _____

APR 1 0 2012

Print Counselor's Name    Counselor's Signature    Date of Response

---

**EMERGENCY REVIEW**

Date Received: _____/_____/_____
Is this determined to be of an emergency nature?
- [ ] Yes; expedite emergency grievance
- [ ] No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

Chief Administrative Officer's Signature    _____/_____/_____ Date

page 98                    exhibit 67           April 04/12

to

greeting MS SARAH johnson ARB Director goDinez
My Name is Anthony Boyce R-52162 I
am writing you in regards to try to exhaust
me aDministrative remedies the grievance
attached NOV 19, 11 the counselors office
just Held and just gave me the runaround
Saying its no Designated time for the counselors
office to respond counselor is sanders
its a emergency grievance I wrote JAN 01,12
attached grievance Number 4685 I received
its stale out Dated grievance past my appeal the
Date received was march 24/12 which was
past my appeal Date I wrote the warDen to
rectify this problem he turned the blind eye
as on march 24, 12 I received another
stale emergency grievance I wrote
Feb 12, 12 it was stale and out Dated
the warDen DiD nothing I ask that you
give me a break and rectify this matter
the only person you can appeal a emergency
grievance to is the Director goDinez
this always happens with grievances
            thanks

*Continued exhibit 68 page 99*



**DEPARTMENT OF HEALTH & HUMAN SERVICES**                    Public Health Services

Food and Drug Administration
10001 New Hampshire Ave.
4th Floor
Silver Spring, MD 20993

April 16, 2012

Anthony Boyce, R-52162
Stateville, C.C.
P.O. Box 112
Joliet, IL  60434

Dear Mr. Boyce:

This is in response to your letter dated February 9, 2012, to the Food and Drug Administration
(FDA) concerning names and addresses for the manufacturers of Trazodone and Remeron.

Below is the name and address of the manufacturer of Remeron:

Organon Pharmaceuticals USA Inc.
56 Livingston Ave.
Roseland, NJ 07068

Trazodone is manufactured by many different companies.  Please contact Boswell Pharmacy
Services to deterime which manufacturers they use.  The practice of Pharmacy is regulated by
the State's Board of Pharmacy.  You may wish to contact the Illinois State Board of Pharmacy
regarding your issues with the dissemination of information to patients, their address is below:

Ilinois Department of Financial and Professional Regulation Division of Professional Regulation
— State Board of Pharmacy
Carol Freligh
Pharmacy Board Liaison
320 W Washington, 3rd Floor
Springfield, IL 62786

FDA requires drug sponsors to inform us of any new information regarding the safety or
effectiveness of their products, whether under clinical study or following FDA approval for
marketing.  We realize that when an approved drug becomes widely used in clinical practice,
health care professionals may observe differences from clinical trial results in both the incidence
and/or types of adverse drug experiences.  After approval of a new drug, the sponsor is required
to provide periodic reports to us as well as reports of any adverse reactions.  We monitor these

2

Anthony Boyce, R-52162                    exhibit 68      page 100

reports to determine if any safety problems or trends can be identified. Once the adverse reaction information is known to a drug firm, the regulations require that it be transmitted to FDA within 15 working days from its receipt, or in the periodic reports required on approved new drugs. A large portion of adverse drug reports reach FDA through the drug manufacturers. Should safety problems emerge, the FDA takes action accordingly.

FDA also monitors the safety of drug products, including the incidence and severity of adverse reactions, through its MedWatch program. FDA relies on the submission of MedWatch reports from health professionals, as well as consumers, to report serious adverse reactions to drug products. MedWatch is a voluntary system of reporting: it is through the spontaneous reporting of adverse events that FDA may be alerted to a developing problem with a particular drug product, and prompted to perform additional review. Please complete the enclosed MedWatch form. The form is preprinted with the return address.and is postage paid.

Thank you for writing to the FDA. I hope this information is helpful. Please do not hesitate to contact me if I can provide assistance in the future.

Sincerely,

Joan Powers
Consumer Safety Officer
Division of Drug Information
Office of Communications
Center for Drug Evaluation and Research

Enclosure

MedWatch form

exhibit 69   page 101      04/28/12

Greeting Carol Freeligh Hopefully your fine!
The reason for writing you is to notify you of
my issues my Health is Declining as a result of
Being exposed to the Harsh Defective Medication
trazy Done powder pill from 50 milligram pills
neither medicines have warning labels
on the meds to conceal the Hidden life threatening
Dangers Because if a patient Knew of all
the side effects no patient in their right mind
would take the meds my eyes hurt my Head
hurts troubles swallowing memory loss Dizziness
upon standing Almost all the time I am in
pain Ive wrote Boswell pharmacy in good faith
asking them to turn over the ADDresses of
remeron, trazoDone & psych meds Boswell
pharmacy has refused to hand over to me
the names and ADDresses of the pharmaceuticals
companies whom they purchase the Defective
meds from I ask please that you force
them to give me the names and ADDresses
of them companies thanks please write me
Back I have A learning Disability I need
help may god Bless you its a letter attached
of Boswell pharmacy names and titles of officals

exhibit 70 page 102 April 27, 12

Greeting's ORGANON pharmaceuticals Hopefully you all are fine. the reason for writing you all again is because I've wrote you all the the past but no one ever responded back to my letters in the past regarding the 15 milligram pill of Remeron. has made my eye's blurr trouble's swallowing Dizziness upon upon Standing memory lost it's no warning label on the Medicine saying it causes all these side effects I've Been exposed to remeron it messed me up then the psycho Doctors at stateville c.c. put me on trazoDone and it messed me up even more Both, you alls product's messed me up, what's Being Done about this you all can Do something to correct the meds please write me back My Name is Anthony Boyce # I D R - 5 2 1 6 2

P O Box 112

Joliet I L 60434

please excuse my writing I have a Learning Disability and Illnessor's from the meds